# Exhibit B

1  **BALABAN & SPIELBERGER, LLP**
   11999 San Vicente Blvd., Suite 345
2  Los Angeles, CA 90049
   Tel: (424) 832-7677
3  Fax: (424) 832-7702
4  Daniel K. Balaban, SBN 243652
   Andrew J. Spielberger, SBN 120231
5  Vanessa L. Loftus-Brewer, SBN 265213
   Kahren Harutyunyan, SBN 298449
6
7  **KABATECK BROWN KELLNER LLP**
   Engine Company No. 28 Building
8  644 South Figueroa Street,
   Los Angeles, CA 90017
9  Tel: (213) 217-5000
   Fax: (213) 217-5010
10 Brian S. Kabateck, SBN 152054
   Anastasia K. Mazzella, SBN 245201
11
12 Attorneys for <u>Plaintiffs</u>

**FILED**
ALAMEDA COUNTY

APR 1 0 2018

CLERK OF THE SUPERIOR COURT
By _____
                        Deputy

13

14              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

15                    **FOR THE COUNTY OF ALAMEDA**

16

17 | HEATHER POOLE, MELODIE AGNELLO, and | Case No. RG17876798 (Poole et al v. Twin Hill)
   | PLAINTIFFS listed on Exhibit 1 attached hereto,
18 |                                             | [Related to Case No.] RG17880635 (Agnello et al.
                                                   v. Twin Hill)
19 |              Plaintiffs,
              vs.
20 |                                             | **FIRST AMENDED COMPLAINT**
21 | TWIN HILL ACQUISITION COMPANY, INC.;
   | a California corporation; TAILORED BRANDS,  | **1. STRICT PRODUCTS LIABILITY**
22 | INC., a corporation with principal corporate and | **2. NEGLIGENT PRODUCTS LIABILITY**
   | executive offices in California AND DOES 1  | **3. NEGLIGENCE**
23 | THROUGH 100,
   |                                             | **JURY TRIAL DEMANDED**
24 |              Defendant(s).
25 |                                               BY FAX

26

27          **COMES NOW**, Plaintiffs, **CASE NO. RG17876798** HEATHER POOLE, MARIE

28 VALENZUELA, TRACEY SILVER-CHARAN, PATTI WILSON, ANTOINETTE PRICE,

*(left margin vertical text)* BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1   TYUANA GREEN, PATRICIA STACK, BETH MILES, MARGUERITE D'AMICO, ELIZABETH

2   ELLISON, BONNIE DUBBS, MARGARET COOK, JOANNE CHINO-MALONEY, DIANA

3   BENTON, ROBIN ADAMS, VIRGINIA SUMMERS, TROY LIM, CATHLEEN RUSK DELRIO,

4   SHIRLEY MOK, ELIZABETH HENRY, JAYEONG YOO, LUCINDA YAPP, ALLISON WOOD,

5   JONNA WILLIS, JUAN VELEZ, KAREN VARLEY, AMALIA VALLE REBAZA, CAROL

6   TARANTO, BYRON SUTHERLAND, PETER SNEDDON, ISABELLE SMITH, NANCY

7   SCHNEIDER , VICKI SCHALLER, KLEVIS SATA, BRENDA SABBATINO, DONNA ROGERS,

8   MARIA RODRIGUEZ, KAZIA ROBICHAUD, JOAN QUILICO, MEGAN POSET, LINDA

9   PENBERTHY, SUZANNE PATTILLO, LINDA OSTROWSKI, ALICIA OLSON, LAURIE

10  NUNEZ, KIM NIEPOKY, LAURIE NIEDOMYS, JULIE MOSTELLER, CHRISTOPHER

11  MICHAEL, LISA MENDEZ, MARTHA MASLA, REBECCA LESIEUTRE, TRACY KOZO,

12  BENITA KILCREASE, ROSLYN KIRTON, KATHLEEN KELLY, CLAUDIA JACKSON, CASEY

13  HURST, NANCY HUENERGARDT, STACEY HENRY, TERRI HEGWALD, SANDRA HAYEN,

14  WHITNEY HEDMAN, MARYANNE HALAMA, LORRAINE GROSSI, JACQUELINE FRANK,

15  CAROL FREEMAN, NANCY FLEMER, LISSETTE FIGUEROA, RITA DIZ, CAMILLE

16  DAYEKH, TERRI CRIBBS, LORI COOCEN, JANET CONROY, CANDY CAHILL, HOLLY

17  BOOKER, GLORIA BARNETT, RHONDA MCELRATH, MICHAEL ZEITZ, DEBRA JONES,

18  MEGAN CARAWAY, AMANDA WHITEHOUSE-DUCKETT, SANDRA BURNELL, LIRON

19  SHENKAR, MELISSA McCULLOUGH, MARILYN GONZALEZ, MARY BARNES, KRISTEN

20  WRIGHT, GRETCHEN STUDIER, SARA BEITTER, APRIL TESTER, FRANCINE

21  WASKOWICZ, ALLISON BOLLMANN, CATHERINE ULRICH, NANCY SIMPSON, DEBORAH

22  MARCANTONIO, JAZTON KENNEDY, SHAWN DAVIS: **CASE NO. RG17880635** MELODIE

23  AGNELLO, DANIEL DEROSE, LAUREEN FROMM, LACY HINES, EILEEN LARKIN, JULIE

24  MARTINE, SHARI SIVRET, TAMURA TALMADGE, TRACY TEEL, LESLIE VASILAKIS,

25  KRISTA MACFARLANE, DENISE MUMMA, MARESA BACHE, LINDA BALLARD, MIA

26  BENSON, LAURA BOKOR, COLLEEN CAFFREY, KELLY CAMPBELL, LINDA CARON,

27  MAJBRIT CLARKE, JENNIFER CRAIG, ANNA DARNELL, TANYA DEVAUGHN, WENDY

28  D'OLIVO, CHERYL DONNELLY, SUSAN EDWARDS, PATRICE EKINS, EDDIE

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

**FIRST AMENDED COMPLAINT**

**Exhibit B
Page 24**

1 ENCARNACIAN, TUNDE FEJER-KONERT, TERESA FLORES, AMY GABBARD, TINA

2 GEIER, MARIEKE GENET, FRANK GENTRY, ELIZABETH GORDON, SHELLEY

3 GRANATEK, PADDY GRAVES, VIRGINIA HARDIE, LASHONDA HARRIS, ELIZABETH

4 HEDLUND, SUSAN HERRINGTON, MELODY HORNUNG, SHELLY HOUSE, ELIZABETH

5 JACKSON, MARLA JANSEN-DEMARCO, TAYLOR JOHNSTON, PATRICIA KIRWAN,

6 CAREN KOLB, MARYSE LAVERCIER, SUSAN LOVETT, COLLEEN MAHOLIAS, DONA

7 MCCLAIN-YANCY, TIMOTHY MCLAUGHLIN, ROBIN MCRANEY, HEIDI-SUE MCVEY,

8 JANEEN MELLICK, NICOLE MILLER, SHARON MILTON, KAREN MONTGOMERY, SARA

9 MORAN, KERRY MORGAN, BEVERLY NATEN, MEREDITH NEILL, MORROW OMLI,

10 JOANNE PACITTI, JENNIFER PEZZOTTI, JULIE PICHE, GINGER PLATT, JANICE POLLOCK,

11 SUSIE RAIN, LUCIA RESTREPO-RENDINA, MARY RUCKY, LISA RUTT, ROSEMARY

12 SADDLER, BEVERLY SAYRE, JOSHUA SCARPUZZI, PAUL SEAY, LETICIA SELF, LILLY

13 SEVERSON, MICHELE SLAYTON, GEORGIA SPEARS, CATHERINE STATLER, TERRI

14 STEWART, LISA STILLWELL, KARA SUTHERLAND, JACK TAYLOR, BETSY VERSLUIS,

15 TANYA WEATHERSPOON, DESPINA ZANIKOS, LAURA ZELM, CHERYL PALMER,

16 LORAINE SHAW, ANTONINA SWARINGEN, ZAN WYATT, INGELA YELENCICH, SANDRA

17 COPLIN-NEILL, LORRAINE CRONIN, JODY FELLOWS, KIMBERLY O'DOHERTY: **NO**

18 **CURRENT CASE NUMBER** ALEXANDRA HUGHES, AMANDA SCHWEICKERT, AMY

19 SENFT RITTER, ANTOINETTE CARTER, BARBRA GALBRAITH, BETTY SEGOVIA,

20 BETTYE GRANDELL, BOBBY CHASTAIN, BRENDA LICHTENBERG, BROOKE

21 BIEDERMANN, BRUNA BUTLER, CARLOS CARRICO, CAROL COSME, CAROL MANZETTI,

22 CASEY CARTER, CELIA MCCARTHY, NAZERAH, RAMROOP, CHARLES NORWOOD,

23 CHRISTINE FONTAINE, CHRISTINE WABLE, CINDRA STEPHENS, CINDY IACONO,

24 CYDNA LYONS, DAFFNY SOUFFRANT, DANIEL HUBER, DAVID CLAWSON, DAVID

25 KERWIN, DAWN NASSISE, DIANA TUTWILER, DONNA LUCAS, DONNA MCWILLIAMS,

26 DYAN MARTINS, ELAINE FRANKE, ELEANOR WHITE, GARY O'KEEFFE, GISELLE

27 BAILEY, GWYNDOLYN TERESI, HEATHER LEE JOHNSON, HECTOR SOTO, HEIDI

28 WATSON, INES URBINA, JAENA HOWEY, JAMES JERONIMUS, JANET DUNCAN,

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1  JENNIFER FUNICELLO, JENNIFER HUGHES, JERAD LOVE, JODI GRAVINO, JONI FIELDS,

2  JOSEPH BANKHEAD, JULIE NORRIS, JULIE RULEMAN, JUSTYNA ZAGORSKA, KAREN

3  ELLIS, KAREN RYAN, KATHLEEN LEAKE, KATHLEEN SHAFFER, KATIE WOLTERMAN,

4  KECIA BASS, KELLI HAUKELI, KELLY CAMERON, KELLY HAUBENREISER, KIM

5  HEMINGER, KIRK HOLTE, LANELL MONARREZ, LAURA HAGUE, LAURA MELLENCAMP,

6  LAURIE VAILLANCOURT-PUGSLEY, LAWRENCE HOLT, LEIGH CHEEK, LESLIE TOLER,

7  LINDA CURRIE, LINDA RUMBAUGH KOZESKY, LORA LEOPARDI, LORI LYBARGER,

8  LORNA CASTELLANOS, LUANNE JANNECE-FAHEY, MALCOLMNIQUE LEE, MARGARET

9  MARAVENTANO, MARGERY FAULK, MARGO LITTLE, MARIKO TAHARA, MARVIN

10  MEADE, MAUREEN FOSS, MELANIE WILLIAMS, MICHAEL SMUTZ, MICHELLE SZATKO,

11  NAOMI REYES, NGOC TRUNG, NOZOMI KON, PATRICIA BRUNS, PATRICIA

12  KIRCHMEYER, REEJA HEAGY, RENATA BARCOMB, RHONDA GRAMBUSCH, ROBIN

13  FRACHEY, ROBIN REEVES, ROSANA CHASTAIN, ROSELL MIRANDA, ROSEMARY

14  MACKONOCHIE, RUTH HOLTE, RUTHANNE RHONE, SAMANTHA WOOD, SARAH

15  SMOAK, SHALONDA SUMPTER, SHANE PFEIFFER, SHANNON SADEYA, SHARON OATES,

16  SHERRI CASEY-GONCALVES, SHERYL LANE, STEPHANIE GILL, STEVEN KRAM,

17  STEVEN ROBERTSON, SUSAN KERWIN, SUSAN PHILPOTT, TARA GRASS, TERESA

18  STOVER, TERRI LITZKOW, TERRY CURRIE, THERESA LOTA, THOMAS SHERIDAN, TINA

19  BELL, TODD SWICKHEIMER, TONJA WARREN, TRACEY EDWARDS, TRACY DENELLE-

20  COHEN, WANDA HARRELL, ADRIANA CHAPA ("Plaintiffs") for causes of action against

21  defendants, TWIN HILL ACQUISITION COMPANY, INC. (hereinafter "TWIN HILL");

22  TAILORED BRANDS, INC. (hereinafter "TAILORED BRANDS"); and DOES 1 through 100,

23  inclusive, and each of them, complains and alleges as follows:

**GENERAL ALLEGATIONS**

24      1.      There are 48 of the aforementioned Plaintiffs who currently are, residents of the State

25  of California.

26

27

28

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

Exhibit B
Page 26

1    2.    There are 277 of the aforementioned Plaintiffs' who currently are, residents of states or

2    nations other than the State of California.

3    3.    At all times mentioned herein, defendant TWIN HILL ACQUISITION COMPANY,

4    INC. (hereinafter "TWIN HILL") was, and is a corporate entity incorporated in the State of California

5    and doing business at 6100 Stevenson Boulevard, Fremont, California 94538-2490.

6    4.    At all times mentioned herein, defendant TAILORED BRANDS, INC. (hereinafter

7    "TAILORED BRANDS") is a corporation with principal corporate and executive offices in

8    California.

9    5.    The true names and/or capacities, whether individual, corporate, associate or otherwise

10   of defendants DOES 1 through 100, inclusive, and each of them, are unknown to Plaintiffs, who

11   therefore sue said defendants by such fictitious names. Plaintiffs are informed and believe, and

12   thereupon allege, that each defendant fictitiously named herein as a DOE was legally responsible,

13   negligently or in some other actionable manner, for the events and happenings hereinafter referred to

14   and proximately thereby caused the injuries and damages to Plaintiffs as hereinafter alleged. Plaintiffs

15   will ask leave of court to amend the complaint to insert the true names and/or capacities of such

16   fictitiously named defendants when the same have been ascertained.

17   6.    Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

18   herein, defendants, and each of them, including DOES 1 through 100, inclusive, and each of them,

19   were the agents, servants, employees and/or joint venturers of their co-defendants and were, as such,

20   acting within the course, scope and authority of said agency, employment and/or venture and that each

21   and every defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring

22   of each and every other defendant as an agent, employee and/or joint venturer.

23   7.    At all times mentioned herein, Plaintiffs are and were actual employees of American

24   Airlines Inc. or of commuter airline companies that had working relationships with American

25   Airlines, Inc. (Hereinafter collectively referred to as "American Airlines employees").

26   8.    In or about September 2016, American Airlines Inc. implemented a change of uniforms

27   for its worldwide workforce, including but not limited to flight attendants, pilots, ground crews,

28   maintenance crews and service agents. These uniforms (hereinafter "UNIFORMS") were and are

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1   manufactured and/or distributed by Defendant TWIN HILL, and/or TAILORED BRANDS and DOES

2   1-100.  On information and belief, TWIN HILL, TAILORED BRANDS, and DOES 1-100 shipped

3   approximately 1.4 million garments and accessories to more than 65,000 American Airlines

4   employees worldwide.  These UNIFORMS were received by various American Airlines employees at

5   various times commencing mainly in or around September 2016 and thereafter.

6       9.      As more fully alleged below, these UNIFORMS, manufactured and/or distributed by

7   Defendant TWIN HILL and/or TAILORED BRANDS, AND DOES 100, are dangerously defective as

8   they created and create an unreasonable risk of physical harm to those who wear them and to those

9   who are exposed to them.

10      10.     Since the introduction of these UNIFORMS into the workforce, people wearing these

11  UNIFORMS and/or or those exposed to these UNIFORMS have experienced a plethora of health

12  problems, including, but not limited to: dermatological injury, respiratory injury, neurologic injury

13  and allergenic/immunological injuries including, but not limited to, skin rashes, allergenic skin

14  reactions, ear, nose and throat irritation and inflammation, nerve injuries, allergenic and

15  immunological hypersensitivity, auto-immune dysfunction and injuries and numerous other symptoms

16  involving the dermatological, respiratory, neurological and immunological systems.

17      11.     The UNIFORMS have been tested by entities hired by TWIN HILL and by American

18  Airlines and the test results show the presence of synthetic materials which contain, but are not limited

19  to, at least the following: formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols,

20  trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl

21  benzoate, hexyl cinnamic aldehyde, benzaldehyde.

22      12.     The aforementioned chemicals can cause injury to human beings either alone or in

23  combination with each other.  Attached as Exhibit 1 is the Court Ordered Exhibit which alleges the

24  specific chemicals and combination of chemicals which Plaintiffs' allege are substantial factors in

25  bringing about, prolonging, or aggravating specifically identified symptoms and illnesses in each of

26  the Plaintiffs.

27      13.     All Plaintiffs mentioned herein have experienced adverse health consequences as a

28  result of wearing or being exposed to the mandated UNIFORMS, which were manufactured,

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1  distributed and provided by TWIN HILL, and/or TAILORED BRANDS, and DOES 1-100 to

2  Plaintiffs.

3      14.    Plaintiffs are informed and believe, and thereupon allege, that TWIN HILL and/or

4  TAILORED BRANDS, and DOES 1-100 manufactured and distributed the UNIFORMS to Plaintiffs.

5      15.    TWIN HILL and/or TAILORED BRANDS, and DOES 1-100 did cause adverse health

6  conditions to Plaintiffs by providing UNIFORMS to the Plaintiffs that were negligently manufactured

7  so as to cause adverse health consequences and did cause such adverse health consequences.

8      16.    Plaintiffs are further informed and believe, and thereupon allege, that the Defendants

9  did not have adequate safety mechanisms in the manufacturing and distribution of the UNIFORMS so

10  as to reasonably ensure the safety of Plaintiffs.

11      17.    As a result the Defendants' defective products, Plaintiffs suffered severe and

12  permanent injuries while wearing and/or being exposed to the UNIFORMS.

13      18.    Plaintiffs are informed and believe, and thereupon allege, that the UNIFORMS

14  manufactured by TWIN HILL were designed, manufactured, and distributed by TWIN HILL, and/or

15  TAILORED BRANDS, and DOES 1-100.

## FIRST CAUSE OF ACTION

## STRICT PRODUCTS LIABILITY

**(Against All Defendants; and DOES 1 through 100 inclusive)**

19      19.    Plaintiffs allege as though fully set forth at length, and incorporate herein by reference,

20  all of the allegations and statements contained in paragraphs 1 through 18, inclusive, of the General

21  Allegations, above.

22      20.    Plaintiffs are informed and believe, and thereupon allege, that at all times herein

23  mentioned, defendants TWIN HILL and/or TAILORED BRANDS; and DOES 1 through 100,

24  inclusive and each of them, by and through their officers, directors, employees and/or managing

25  agents, were the manufacturers, fabricators, designers, assemblers, testers, distributors, sellers,

26  inspectors, marketers, warrantors, lessors, renters, suppliers, modifiers, providers and/or advertisers of

27  the UNIFORMS, which contained design and/or manufacturing defects, and every component part

28  thereof, and which was capable of causing, and in fact, did cause personal injuries to the users and

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

7

1  consumers and bystanders thereof, including Plaintiffs, while being used in a manner reasonably

2  foreseeable, thereby rendering the UNIFORMS unsafe and dangerous for use by the consumer, user

3  and/or bystander.  Defendants TWIN HILL and/or TAILORED BRANDS; and DOES 1 through 100,

4  and each of them, by and through their officers, directors, employees and/or managing agents, also

5  failed to provide adequate warnings to consumers and users of the UNIFORMS concerning the

6  significant dangers associated with the UNIFORMS, or to instruct consumers and users regarding the

7  use and dangers of the UNIFORMS, and warned or failed to warn, and instructed or failed to instruct,

8  anticipated users of the UNIFORMS, concerning use and dangerousness of the UNIFORMS.

9       21.     Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

10  herein, the UNIFORMS were defective when placed on the market by defendants TWIN HILL and/or

11  TAILORED BRANDS; and DOES 1 through 100, and each of them, and was of such a nature that the

12  defects would not be discovered in the normal course of inspection and operation and use by users

13  thereof.  At all times relevant herein, the UNIFORMS were in substantially the same condition as they

14  were when they were originally placed into the stream of commerce by defendants TWIN HILL and

15  TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them.

16       22.     Defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100,

17  inclusive, and each of them, by and through their officers, directors, employees and/or managing

18  agents, designed, tested, manufactured, and distributed garments and accessories, including the

19  UNIFORMS, to their retailers and customers.  The UNIFORMS, contained design and manufacturing

20  defects, including design characteristics and materials which increased the likelihood of a serious

21  injury or death from the chemicals found in the UNIFORMS when the UNIFORMS were being used

22  in a reasonably foreseeable manner.

23       23.     Prior to the distribution of the UNIFORMS to the American Airlines employees,

24  including but not limited to plaintiffs, the officers, directors, employees and/or managing agents of

25  defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of

26  them, were aware of the danger of the UNIFORMS and the severity of the risk of injury or death to

27  consumers, bystanders and users of the UNIFORMS.

28

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

8

FIRST AMENDED COMPLAINT

24.     Specifically, prior to the distribution of the UNIFORMS to the American Airlines employees, including but not limited to the plaintiffs, the officers, directors, employees and/or managing agents of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them, were aware that the UNIFORMS at issue herein, were dangerous in their design and manufacture, and that these UNIFORMS were dangerous when used in a reasonably foreseeable fashion, and that the UNIFORMS lacked proper inspections and guard mechanisms to ensure the materials utilized in the production of the UNIFORMS were safe for Plaintiffs. The aforementioned UNIFORMS were designed and manufactured in such a way that an unreasonable risk of injury was posed by the presence of chemicals in the UNIFORMS when used in a reasonable foreseeable manner.

25.     The production of the UNIFORMS as well as the UNIFORM distribution lacked such reasonable protective measures to prevent injury from dangerous chemicals bonding to the UNIFORMS, despite the fact that TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, were aware of the importance of preventing injury from potentially dangerous chemicals used in the production process and embedded in the UNIFORMS, were aware of the importance of the proper safety mechanisms, such as inspections and proper manufacturing oversight, and despite the fact that it would have been practical and relatively inexpensive for defendants TAILORED BRANDS and TWIN HILL; and DOES 1 through 100, inclusive, and each of them, to incorporate alternative designs and/or chemicals into UNIFORM production, including additional and appropriate safety mechanisms and inspections that would have reasonably protected consumers and users of the UNIFORMS from unreasonable risk of injury.

26.     Prior to the subject incident, the officers, directors, employees and/or managing agents of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them, knew, or should have known, that the UNIFORMS, were substandard and dangerous and would not provide reasonable safety to consumers during foreseeable use, causing the users or bystanders to suffer serious injury during foreseeable use. Moreover, TWIN HILL and TAILORED BRANDS officers, directors, employees and/or managing agents, knew or should have known, that the UNIFORMS, were extremely dangerous and defective with the likely result of serious bodily

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1    injury to the users and consumers of such UNIFORMS.  The officers, directors, employees and/or

2    managing agents of defendants TAILORED BRANDS and TWIN HILL; and DOES 1 through 100,

3    inclusive and each of them, knew, prior to the distribution of the UNIFORMS  to the American

4    Airlines employees including but not limited to Plaintiffs and even prior to the manufacture of the

5    UNIFORMS, of the availability of safer, affordable alternative designs and manufacturing processes

6    for the production, inspection, and distribution of the UNIFORMS, which would have reduced or

7    eliminated the risk of severe injuries to its consumers, users and bystanders.

8          27.    Despite this knowledge, defendants TWIN HILL and TAILORED BRANDS; and

9    DOES 1 through 100, inclusive and each of them, by and through their officers, directors, employees

10   and/or managing agents, failed to recall and/or replace the UNIFORMS, issue safety bulletins to the

11   public, advise or warn purchasers or potential users, such as Plaintiffs, by providing warnings of the

12   severe risk of injury from use of the UNIFORMS.  Although the officers, directors, employees and/or

13   managing agents of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100,

14   inclusive and each of them, were aware of the need to recall and/or replace these garments, including

15   the UNIFORM, issue public safety bulletins, and/or provide adequate warnings and inspections,

16   defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, through the decisions

17   of their officers, directors, employees and/or managing agents, acted in conscious disregard of the

18   rights and safety of consumers, users and/or bystanders, by failing to utilize available safer alternative

19   materials, designs, adequately warn of the hazards, and/or replace or recall these UNIFORMS, prior to

20   the distribution of the UNIFORMS  to American Airlines employees including but not limited to

21   Plaintiffs.

22         28.    At all times mentioned herein, the officers, directors, and/or managing agents of

23   defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of

24   them, authorized and/or ratified the conduct of their employees, who knew or should have known of

25   the growing number of serious injuries to consumers, users, and bystanders resulting from the

26   defective condition of the UNIFORMS, designed and distributed by defendants, and the need for an

27   alternative design, alternative materials, lack of injurious chemicals, and use of safety devices,

28   inspections, and different chemical process, and additional warnings.

29.     Plaintiffs are informed and believe, and thereupon allege, that on or about the time of the use of the UNIFORMS, the UNIFORMS were being used in a reasonably foreseeable manner.  As a direct and proximate result of the defective condition of the UNIFORMS, and the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them, the UNIFORMS seriously injured Plaintiffs while wearing or being exposed to the UNIFORMS in a reasonably foreseeable manner, causing injury to the Plaintiffs, as set forth below.

30.     As a direct and proximate result of the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs were injured and hurt in their health, strength and activity, sustaining injuries to their bodies, and shock and injury to their nervous system and person, all of which said injuries have caused and continue to cause the Plaintiffs great physical, mental and nervous pain and suffering.  Plaintiffs are informed and believe and thereupon allege that said injuries will result in some permanent disability, all to their general damages in excess of Fifty Thousand Dollars ($50,000.00) which will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

31.     As a direct and proximate result of the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, Plaintiffs have been compelled to employ the services of hospitals, physicians, surgeons, nurses and the like, to care for and treat them, and have incurred hospital, medical, professional and incidental expenses, and Plaintiffs are informed and believe and thereupon allege that by reason of their injuries, Plaintiffs will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of which expenses will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

32.     As a direct and proximate result of the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs were prevented from attending to their usual occupation, and Plaintiffs are informed and believe and thereupon allege that they will thereby be prevented from attending to their usual occupation for a period of time in the future, and thereby will also sustain a loss of earning capacity, in addition to lost earnings, past, present and future; the exact amount of such losses is unknown to Plaintiffs at this

BALABAN & SPIELBERGER, LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1 | time, Plaintiffs allege said amounts according to proof, pursuant to California Code of Civil Procedure

2 | Section 425.10.

### SECOND CAUSE OF ACTION

### NEGLIGENT PRODUCTS LIABILITY

**(Against all Defendants; and DOES 1 through 100 inclusive)**

6 |   33.   Plaintiffs allege as though fully set forth at length, and incorporate herein by reference,

7 | all of the allegations and statements contained in paragraphs 1 through 32, inclusive, of the General

8 | Allegations and the First Cause of Action.

9 |   34.   Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

10 | herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and

11 | each of them, were engaged in the business of manufacturing, fabricating, designing, assembling,

12 | distributing, buying, selling, inspecting, testing, analyzing, servicing, repairing, marketing,

13 | warranting, maintaining, modifying, altering, controlling, installing, fitting, entrusting, managing,

14 | advertising, supervising the use of making representations about and/or warning of defects in, or

15 | dangers associated with the use of the said UNIFORMS, including all component parts thereof, and

16 | had a duty to manufacture, fabricate, design, synthesize, assemble, distribute, buy, sell, inspect, test,

17 | analyze, service, repair, market, warrant, maintain, modify, alter, control, install, fit, entrust, manage,

18 | advertise, provide training for the use of, supervise the use of, make representations about and/or warn

19 | of defects in, or dangers associated with the use of, the said product, including all component parts

20 | and chemicals thereof, in a reasonable manner. Defendants knew, or in the exercise of reasonable care

21 | should have known, the UNIFORMS would be used without inspection by consumers and/or

22 | bystanders for defects or dangers.

23 |   35.   Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

24 | herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and

25 | each of them, breached their above-mentioned duties by negligently, recklessly, and/or carelessly

26 | manufacturing, fabricating, designing, synthesizing, assembling, distributing, buying, selling,

27 | inspecting, testing, analyzing, servicing, repairing, marketing, warranting, maintaining, modifying,

28 | altering, controlling, installing, fitting, entrusting, managing, advertising, supervising and/or failing to

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

12

1    supervise the use of, failing to train for the use of, making representations about, warning and/or

2    failing to warn of defects in, or dangers associated with the use of, the UNIFORMS, including all or

3    some component parts thereof, thereby rendering the said product unsafe and dangerous for use by

4    consumers, users and bystanders, which proximately caused the injuries and damages to Plaintiffs, as

5    alleged herein.

6         36.    As a direct and proximate result of the conduct of defendants TWIN HILL and

7    TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

8    were injured and hurt in their health, strength and activity, sustaining injuries to their bodies, and

9    shock and injury to their nervous systems and persons, all of which said injuries have caused and

10   continue to cause the Plaintiffs great physical, mental and nervous pain and suffering.  Plaintiffs are

11   informed and believe and thereupon allege that said injuries will result in some permanent disability,

12   all to their general damages in excess of Fifty Thousand Dollars ($50,000.00) which will be stated

13   according to proof, pursuant to California Code of Civil Procedure Section 425.10.

14        37.    As a direct and proximate result of the conduct of defendants TWIN HILL and

15   TAILORED BRANDS; and DOES 1 through 100; inclusive, and each of them, Plaintiffs have been

16   compelled to employ the services of hospitals, physicians, surgeons, nurses and the like, to care for

17   and treat them, and have incurred hospital, medical, professional and incidental expenses, and

18   Plaintiffs are informed and believe and thereupon allege that by reason of their injuries, Plaintiffs will

19   necessarily incur additional like expenses for an indefinite period of time in the future, the exact

20   amount of which expenses will be stated according to proof, pursuant to California Code of Civil

21   Procedure Section 425.10.

22        38.    As a direct and proximate result of the conduct of defendants TWIN HILL and

23   TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

24   were prevented from attending to their usual occupation, and Plaintiffs are informed and believe and

25   thereupon allege that they will thereby be prevented from attending to their usual occupation for a

26   period of time in the future, and thereby will also sustain a loss of earning capacity, in addition to lost

27   earnings, past, present and future; the exact amount of such losses is unknown to Plaintiffs at this

28

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1  time, Plaintiffs allege said amounts according to proof, pursuant to California Code of Civil Procedure

2  Section 425.10.

3

4  **THIRD CAUSE OF ACTION**

5  **NEGLIGENCE**

6  **(Against All Defendants; and DOES 1 through 100 inclusive)**

7      39.    Plaintiffs reallege as though fully set forth at length, and incorporate herein by

8  reference, all of the allegations and statements contained in paragraphs 1 through 38, inclusive, of the

9  General Allegations as well as the First and Second Causes of Action.

10      40.    Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

11  herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and

12  each of them, were engaged in the business of manufacturing, fabricating, designing, assembling and

13  producing the UNIFORMS, as well as inspecting, selling, distributing, servicing, marketing,

14  warranting, altering, controlling, fitting, entrusting, managing, advertising, buying and trading the

15  UNIFORMS, including using various chemicals to manufacture and make the UNIFORMS, and had a

16  duty to provide proper training, supervision and warning for their employees, any independent

17  contractors, bystanders or anyone else expected to wear and/or be around the UNIFORMS to ensure

18  safe chemicals were being utilized in the manufacturing, production and/or distribution of the

19  UNIFORMS. Defendants further had a duty to warn of any defects in, or dangers associated with the

20  use of the said UNIFORMS and/or any component parts thereof, in a reasonable manner. Defendants

21  also had a duty not to alter or modify the UNIFORMS so as to create a dangerous product.

22      41.    Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

23  herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and

24  each of them, breached their above-mentioned duties by negligently, recklessly, and/or carelessly

25  failing to properly train, supervise and warn their employees, independent contractors and/or other

26  foreseeable users of the risks associated with the use of the UNIFORMS.

27      42.    Plaintiffs are informed and believe, and thereupon further allege, that at all times

28  mentioned herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100,

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

14

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1    inclusive, and each of them, breached their above-mentioned duties by negligently, recklessly, and/or

2    carelessly altering, removing, modifying and/or replacing component parts of the UNIFORMS,

3    including altering, removing, modifying and or replacing safety guards and/or inspections thereby

4    rendering the UNIFORMS dangerous for use by users and/or bystanders including Plaintiffs.

5         43.    As a direct and proximate result of the conduct of defendants TWIN HILL and

6    TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

7    were injured and hurt in their health, strength and activity, sustaining injuries to their bodies, and

8    shock and injury to their nervous systems and persons, all of which said injuries have caused and

9    continue to cause Plaintiffs great physical, mental and nervous pain and suffering.  Plaintiffs are

10   informed and believe and thereupon allege that said injuries will result in some permanent disability,

11   all to their general damages in excess of Fifty Thousand Dollars ($50,000.00) which will be stated

12   according to proof, pursuant to California Code of Civil Procedure Section 425.10.

13        44.    As a direct and proximate result of the conduct of defendants TWIN HILL and

14   TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, Plaintiffs have been

15   compelled to employ the services of hospitals, physicians, surgeons, nurses and the like, to care for

16   and treat them, and have incurred hospital, medical, professional and incidental expenses, and

17   Plaintiffs are informed and believe and thereupon allege that by reason of their injuries, Plaintiffs will

18   necessarily incur additional like expenses for an indefinite period of time in the future, the exact

19   amount of which expenses will be stated according to proof, pursuant to California Code of Civil

20   Procedure Section 425.10.

21        45.    As a direct and proximate result of the conduct of defendants TWIN HILL and

22   TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

23   were prevented from attending to their usual occupation, and Plaintiffs are informed and believe and

24   thereupon allege that they will thereby be prevented from attending to their usual occupation for a

25   period of time in the future, and thereby will also sustain a loss of earning capacity, in addition to lost

26   earnings, past, present and future; the exact amount of such losses is unknown to Plaintiffs at this

27   time, Plaintiffs alleges said amounts according to proof, pursuant to California Code of Civil

28   Procedure Section 425.10.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray judgment against defendants, and each of them, as follows:

FOR THE FIRST CAUSE OF ACTION FOR STRICT PRODUCTS LIABILITY:

1.    For general damages in excess of Fifty Thousand Dollars ($50,000.00), according to proof;

2.    For hospital, medical, professional and incidental expenses, according to proof;

3.    For loss of earnings and loss of earning capacity, according to proof;

4.    For prejudgment interest, according to proof;

5.    For punitive and exemplary damages;

6.    For costs of suit incurred herein; and

7.    For such other and further relief as the court may deem just and proper.

FOR THE SECOND AND THIRD CAUSES OF ACTION FOR NEGLIGENT PRODUCTS LIABILITY AND NEGLIGENCE:

1.    For general damages in excess of Fifty Thousand Dollars ($50,000.00), according to proof;

2.    For hospital, medical, professional and incidental expenses, according to proof;

3.    For loss of earnings and loss of earning capacity, according to proof;

4.    For prejudgment interest, according to proof;

5.    For costs of suit incurred herein; and

6.    For such other and further relief as the court may deem just and proper.

DATED: April 10, 2018

BALABAN & SPIELBERGER, LLP

Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Vanessa L. Loftus-Brewer, Esq.
Kahren Harutyunyan, Esq.
Attorneys for Plaintiffs

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1   DATED: April 10, 2018

2

3

4                                    Brian Kabateck, Esq.

5                                    Anastasia Mazzella, Esq.
                                     Attorneys for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KABATECK, BROWN, KELLNER, LLP

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

17

**FIRST AMENDED COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial.

DATED: April 10, 2018

**BALABAN & SPIELBERGER, LLP**

Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Vanessa L. Loftus-Brewer, Esq.
Attorneys for Plaintiffs

DATED: April 10, 2018

**KABATECK, BROWN, KELLNER, LLP**

Brian Kabateck, Esq.
Anastasia Mazzella, Esq.
Attorneys for Plaintiffs

**FIRST AMENDED COMPLAINT**

## SECTION A: PREVIOUSLY FILED PLAINTIFFS's IN CASE NO. RG17876798 & CASE NO. RG17880635

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Poole | Heather | Heather Poole's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Heather's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; Thyroid issues, coughing, racing heart, respiratory issues,pin pricks. |
| Valenzuela | Marie | Marie Valenzuela's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Marie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; flu-like, fatigue, chills, light headed, headaches lasting 3 days, chest congestion, difficulty speaking, stuttering, memory loss, respiratory, had to stop jogging, Nodules on lungs, eye burning, face twitching, hoarse voice, nodule on voicebox, constipation/heartburn, dry skin, tightness in chest, shortness of breath. |
| Silver-Charan | Tracey | Tracey Silver-Charan's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tracey's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory distress, difficulty swallowing, depression, burning throat/eyes, severe cough, bronchitis, sore throat, swollen eyes, stye, sores in mouth, neck inflammation, hoarse voice, weakness, muscle pain, eye pain, dizziness, laryngitis, sensitivity to smell, nausea. |
| Wilson | Patti | Patti Wilson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Patti's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headache, vertigo, joint pain in knees and hands, pneumoniam, fatigue, migraine. |
| Price | Antoinette | Antoinette Price's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Antoinette's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; cold/flu symptoms, runny nose, sneezing, congestion, extreme fatigue, watery eyes, headaches, sleeplessness, heart palpatations, body aches. |

1

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Turner (Green) | Tyuana | Tyuna Turner aka Tyuana Green's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tyuana's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: itching, severe rash on chest, stomach, arms and neck, lingering cough, loss of voice, and ear infection, rash on neck, itching, cough, loss of hair. |
| Stack | Patricia | Patricia Stack's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Patricia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: dermititis - entire vody was flushed, severe itch, looked like chemical burn --> ER. Breathing difficulties. |
| Miles | Beth | Beth Miles' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Beth's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash, itchy, severe fully body rash/inflammation, Allergic Contact Dermatitis. |
| D'Amico | Marguerite | Marguerita D'Amico exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Marguerita's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: thinking I had flu, thyroid levels severely off, throat, eyes, runny nose. |
| Ellison | Elizabeth | Elizabeth Ellison exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Elizabeth's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: nausea, headaches, rash - neck, chest, shoulders, blisters, breathing issues, throat closed up, throat swelling |

2

**Exhibit B**
**Page 42**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Dubbs | Bonnie | Bonnie Dubbs exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Bonnie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash inner thigh, rash neck - felt like bee stings, major sinus infection, profuse coughing, constant nasal drip, losing massive amounts of hair. |
| Cook | Margaret | Margaret Cook exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Margaret's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory, sinus infections, strep throat, bronchitis, pneumonia, coughing, runny nose, itchy eyes. |
| Chino-Maloney | Joanne | Joanne Chino-Maloney exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Joanne's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; coughing, felt like a cold, shortness of breath, spot on lung, lung inflammation, lung disease, hair is falling out, weight loss, feels like has to catch breath. |
| Benton | Diana | Diana Benton exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Diana's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; burning eyes, headache, runny nose, swollen ear, cough, breathing difficulties, heart palpitations. |
| Adams | Robin | Robins Adams's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Robin's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches, nausea, diarrhea, rash, trouble breathing, diagnosed with multiple chemical sensitivity. |

3

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Summers | Virginia | Virgina Summers' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl-cinnamic aldehyde itself and/or benzaldehyde; and/or Virgina's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: cough, loss of voice, red eyes, itchy skin but no rash, already had chronic bronchitis and asthma. |
| Lim | Troy | Troy Lim's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Troy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: itch, neck would burn. |
| Rusk Delrio | Cathleen | Cathleen Rusk Delrio's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Cathleen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash, bronchitis, had to start using inhaler, itchy eyes, migraines. |
| Mok | Shirley | Shirley Mok's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shirley's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash on neck and waist, burning, autoimmunie issue - vasculitis |
| Henry | Elizabeth | Elizabeth Henry's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Elizabeth's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: puffy/red/watery eyes, rash on neck, itchy arms/chest, congestion, nose bleeds, vertigo, migraines, extreme fatigue, allergy symptoms (runny nose, coughing, sneezing) not improving with antihistamines, joint swelling/pain, thyroid levels unstable, blood in urine but infection ruled out, irregular menses, high blood pressure. |

4

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Yoo | Jayeong | Jayeong Yoo's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jayeong's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, constant itchiness, cold like symptoms such as sore throat, runny nose and headache, chest pain, cold like symptoms, irregular periods. |
| Yapp | Lucinda | Lucinda Yapp's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lucinda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; tried on: irritated skin, horribly itchy, severe cough, severe vertigo, chemical flu, chills, aching legs, shaking, vision issues - blurring, bloodshot. |
| Wood | Allison | Allison Wood's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Allison's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; initially felt my throat burning, cough, runny nose, swelling of both my eyes and styesm, bronchitis, headache, heart felt racing, abdominal pain, vomitting and diarrhea. |
| Willis | Jonna | Jonna Willis' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jonna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash around neck and waist. Extreme difficulty breathing. Face rash. Red eyes that feel like sandpaper. Pneumonia. |
| Velez | Juan | Juan Velez's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Juan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eye swelling, hives, sinus infection, ear infection, inflammation of lung lining, itching, fatigue. |

5

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Varley | Karen | Karen Varley's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Karen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on my face, back, chest and arms, hypothyroidism. |
| Valle Rebaza | Amalia | Amalia Valle Revaza's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Amalia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; a little itchy right away, bad rash. |
| Taranto | Carol | Carol Taranto's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Carol's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; shortness of breath, hoarseness, coughing, dizziness, pounding heart, faint, vomiting, diarrhea, burning eyes, hair falling out, blood pressure high, thyroid levels. |
| Sutherland | Byron | Byron Sutherland's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Byron's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash |
| Sneddon | Peter | Peter Sneddon's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Peter's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory, chest pain/tightness, lost voice, facial and eye swelling, rash on torso, body aches, extreme fatigue, brain foggy, memory issues, boils on wasit and neck which have since scarred, new allergy developed to chemical preservative in most detergents/cleaning products. |

9

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Smith | Isabelle | Isabelle Smith's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Isabelle's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; constant hives, rashes, and anxiety disorder. |
| Schneider | Nancy | Nancy Schneider's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Nancy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, red around neck and stomach. |
| Schaller | Vicki Lee | Vicki Lee Schaller exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Vicki Lee's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; extreme fatigue, upper respiratory infection, burning nostrils - - sores - staph infection - on face and in nostrils. |
| Sata | Klevis | Klevis Sata's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Klevis' exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sore throat, headaches, rashes on my neck. |
| Sabbatino | Brenda | Brenda Sabbatino's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Brenda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; cough, scratchy throat, shortness of breath (initially). Approximately the end of May, rash, hives, itchiness. Now, increased sensitivity to scents (perfumes, bathroom cleaners, shampoos, etc). |

7

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Rogers | Donna | Donna Rogers' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Donna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: itchy, fatigued, headaches, eyes burn, extreme itching leading to bleeding, bronchitis, pneumonia, given an inhaler, itching form under skin that feels like ant bite. |
| Rodriguez | Maria | Maria Rodriguez's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Maria's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: Hives, rash. Cough. Respiratory issues. Asthma has increased. Headaches, watery eyes. Itchy and burning body and eyes. |
| Robichaud | Kazia | Kazia Robichaud's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kazia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: dizziness, vision trouble (blurry), nausea, light headed, bad rash head to toe, itching, legs burning, pelvic pain and pain that feels like menstrual cramps. |
| Quilico | Joan Margaret | Joan Margaret Quilico's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Joan Margaret's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: Nose bleeds, headaches, itchy red spots, dripping nose, hair loss, extreme fatigue. |
| Poset | Megan | Megan Poset's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Megan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: sinus infections, nose bleed. |

8

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Penberthy | Linda | Linda Penberthy's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Linda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: Respiratory, chronic sore throat, ears, sinus, difficulty talking, swallowing, losing voice. Headaches. |
| Pattillo | Suzanne (Penny) | Suzanne Pattillo's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Suzanne's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: aching calves, joint aches in hips, muscle aches in legs, constant headaches, digestive issues, lethargic (couldn't get out of bed), increased sensitivity to other chemicals, coughing, itchy throat. |
| Ostrowski | Linda | Linda Ostrowski's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Linda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: The skin around neck touching the collar, shoulder blades, and groin area, itched, burned and felt heatrm, red welts on skin, nauseous and breathless, tingling and itching on the side (arm and leg), face stung and burned, red itchy rash, itchy burning rash on lower back. |
| Olson | Alicia | Alicia Olson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Alicia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: difficulty breathing, swollen throat, chronic cough, heart palpatations, pulse racing, burning eyes with blurry vision, vertigo, pressure in right eye, neck pain, headaches, hair loss, trouble thinking and putting words together, coughing up metallic tase, skin burning/prickly pain, etc. |
| Nunez | Laurie | Laurie Nunez's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laurie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: eyes started to sting and water, migraines. |

9

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Niepoky | Kim | Kim Niepoky's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kim's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash head to toe, throat closed up, anaphylactic shock, upper respiratory infection, dizzy, migraines, hair falling out in clumps, coughing up blood, blood in urine, dizziness, increased migraines, fluid retention, cystic acne, blurry vision, weight gain and hair loss, severe ear pain,  upper respiratory infection and a deep hacking cough, swelling and itching, heart was racing, difficulty breathing, throat burns, bloody noses,at 47 POST menopausal, eyes, nose, lips, tongue swollen, rash, breathing difficulties, bloody noses, blood in urine, coughing up blood, hacking cough, migraines, hair loss, extreme fatigue, fluid retention, shortness of breath, stomach bloating, pain, coughing up large amounts of blood and severe abdominal pain. |
| Niedomys | Laurie | Laurie Niedomys' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laurie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; breathing difficulties, itching, blood pressure elevated, and heart palpatations. Abnormal sleep extreme fatigue. Flu like symptoms, and intense headaches day and night. A type of dizziness that created a falling feeling at times. Constant diarrhea. |
| Mosteller | Julie | Julie Mosteller's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Julie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; Rashe, flu Like symptoms, extreme Fatigue, Diarrhea, Racing heart episodes, hospitalized for 3 days, diagnosed with Hyperthyroidism and Atrial Fibrillation. |
| Michael | Christopher | Christopher Michael's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Christopher's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; oozing rash, lumps from elbows to hands, having sinus infections and acne for 6 months but didn't realize it was uniform, vertigo. |

10

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Mendez | Lisa | Lisa Mendez's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or hexyl cinnamic itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lisa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: hair loss, thyroid issues, migraines, and rashes. |
| Masla | Martha | Martha Masla's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Martha's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; extreme fatigue, chest/neck break out. |
| Lesieutre | Rebecca | Rebecca Lesieutre's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rebecca's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; migraines, rashes, eye swelling, heart palpitations, psoriasis on scalp. |
| Kozo | Tracy | Tracy Kozo's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tracy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, pink glazed eye, irritated airways, cough, facial lesions, rapid heart beat. |
| Kilcrease | Benita | Benita Kilcrease's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Benita's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash around neck/chest/elbows to wrists, blisters under bra, respiratory issues - asthma attacks, coughing up mucus, kidney pain, vomiting, diarrhea, migraines. |

11

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Kirton | Roslyn | Roslyn Kirton's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Roslyn's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchiness, bumps on legs/butt/face, rash, headaches, intermittent rash on arm/bumps on butt. |
| Kelly | Kathleen | Kathleen Kelly's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kathleen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; skin rash on back of both thighs, throat would close up, slightly unable to clear throat when wearing or around certain pieces. |
| Jackson | Claudia | Claudia Jackson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Claudia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes on back of legs/knees, headaches, feeling lethargic, lost voice. |
| Hurst | Casey | Casey Hurst's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Casey's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes, eyes, throat issues, respiratory issues, runny nose, throat burning. |
| Huenergardt | Nancy | Nancy Huenergardt's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Nancy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sever sinus headaches, after not menstruating for three years started again, had 3 periods in last 30 days, hives on face. |

12

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Henry | Stacey | Stacey Henry's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Stacey's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; cough, itchiness, 5 nosebleeds, sinus pressure/pain, dry/red/itch/achy eyes, swollen throat, swollen lymph nodes on neck, lost voice, dizziness, increased heart rate, increased blood pressure, ablation on heart. |
| Hegwald | Terri | Terri Hegwald's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Terri's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; extreme migraines, extreme fatigue, high occular pressure. |
| Hayen | Sandra | Sandra Hayen exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sandra's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy; hives from hips to ankles, tightness in chest, flu-like symptoms, fatigue, throat closing up, cough. |
| Hedman | Whitney | Whitney Hedman's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Whitney's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; dermatitis, respiratory issues - tightness in chest, runny nose, chills, headaches, loss of voice, swollen glands in neck, low grade fever, nonstop runny nose, husky voice. |
| Halama | Maryanne | Maryanne Halama exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Maryanne's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; coughing, sneezing, itching, rash. |

13

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Grossi | Lorraine | Lorraine Grossi exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lorraine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: (skin) rashes, hives, sore, coughing, lung congestion, heavy chest, excessively heavy menstrual bleeding, chronic fatigue. |
| Frank | Jacqueline | Jacqueline Frank exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jacqueline's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: burning, rash, raised skin, chronic cough, breathing problems, headaches, respiratory issues around uniforms – coughs for hours until vomiting, can't breathe, sleeping problems, heart palpitations. |
| Freeman | Carol | Carol Freeman exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Carol's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: thigh rash, respiratory issues, bronchitis, relentless cough, sinusitis, sinus surgery, headaches – excruciating on left side of head, headaches like an ice pick,high liver numbers and kidney, rash felt like fire ants. |
| Flemer | Nancy | Nancy Flemer exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Nancy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: headaches, UTI, seizure – blood pressure dropped so low (in flight) taken to ER, blood in urine, eye twitching, respiratory issues, severe cough, rashes, bumps, brain fog, rapid heart rate. |
| Figueroa | Lissette | Lissette Figueroa exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lissette's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; burn mark on sleeves  headaches; extreme fatigue; warm/feverish until high fever; shaking/ convulsing; nausea. |

14

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Diz | Rita | Rita Diz exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rita's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; burn marks, rashes, around neck, boobs, inner thighs, uncontrollable itching causing sleeping problems. |
| Dayekh | Camille | Camille Dayekh exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Camille's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; back of thighs are burning and red; neck/shoulder bright red and burning (like hot iron on skin), kidney pains on international trip when flying with others wearing uniform. |
| Cribbs | Terri | Terri Cribbs exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Terri's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; left leg chronic pain, periods stopped, chronic fatigue and body pain. |
| Coocen | Lori | Lori Coocen exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lori's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; bumps, itchy, rash, eyes swollen shut, flu-like symptoms-in bed for six week, puss pouring out of eyes. Eyes still ooze, chemical rosacea, skin like sandpaper, bloody nose. |
| Conroy | Janet | Janet Conroy exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Janet's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; severe headache , pinprick sensation all over face, runny nose, eyes itchy, throat aches, severe burn on side of face, chest pains, nauseated, chemical taste in mouth since 10/15/16; loopy, dizzy, forgetful. |

15

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Cahill | Candy | Candy Cahill exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Candy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: diarrhea, continued indigeson since. Rashes, hives, cough, respiratory problems around others wearing uniform, bronchitis twice within months, nose bleed, vertigo, muscle fatigue. |
| Booker | Holly | Holly Booker exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Holly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash/hives, constant nose bleeds, upper respiratory issues, nose bleeds and break outs. |
| Barnett | Gloria | Gloria Barnett exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Gloria's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: headache, rash, runny nose, watery eyes, burning eyes, hard white pimples on inside of thigh, bronchitis, spitting up white mucus, stomach cramps, when bending head down I receive pressure and burning in my head. |
| Mcelrath | Rhonda | Rhonda Mcelrath's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rhonda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: headaches, extreme fatigue, blistered welts, itchy skin, burnt throat, hoarse voice, congestion with cough, burning feeling on body, runny nose, and left eye twitch and red. |
| Zeitz | Michael | Michael Zeitz's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Michael's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: blisters on eyelids, lesions, flu like symptoms, rash, lesions on neck and on scrotum, bowel changes, hemorrhoids. |

16

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Jones | Debra | Debra Jones's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Debra's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; torso/arms/legs/face rash, congestion for months, incessant sneezing and coughing, hurts to breathe. |
| Caraway | Megan | Megan Caraway exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Megan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; spot on leg, high blood pressure, vertigo, nausea, indigestion, rash, hives, heavy breathing, fatigue, flushed face. |
| Whitehouse-Duckett | Amanda | Amanda Whitehouse-Duckett's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Amanda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; migraines. |
| Burnell | Sandra | Sandra Burnell exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sandra's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory infection, torso rash, leg rash, respiratory problems persisted, cough, coughing blood. |
| Shenkar | Liron | Liron Shenkar's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Liron's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness;  itchy, red neck, eyes started burning, face rash, bumps, headaches/migraines, vomiting, inflamed skin. |

17

| Last Name | First Name | EXPOSURE |
|---|---|---|
| McCullough | Melissa | Melissa McCullough's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Melissa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: eye styes, abnormal hair loss, extreme fatigue with painful joints. |
| Gonzalez | Marilyn | Marilyn Gonzalez exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Marilyn's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; extremely itchy. |
| Barnes | Mary | Mary Barnes exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Mary's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; ear infections, sinus infections, headaches, rash, bloody noses, hair loss, joint pain, muscle ache, burning itching eyes, sores in nose, respiratory problems, asthma, severe vertigo, severe fatigue. |
| Wright | Kristen | Kristen Wright's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kristen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches, tightness in chest, brain fog, memory issues, thyroid too high, given inhaler, high blod pressure, breathing difficulty, fatigue, sinus infections, liver is inflamed, scalp issues, chemical sensitivity, hair loss. |
| Studier | Gretchen | Gretchen Studier's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Gretchen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itching on body and arms, nose started running and itching, as did eye, feeling hot on my face and got red and blotchy, hands and arms itched. |

18

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Beitter | Sara | Sara Beitter exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sara's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory, extreme muscle and joint pain in neck, shoulders and hands, extreme fatigue, weakness, dizziness, inflammation, chest pain, reversal of menopause, hair loss, racing heartbeat, brain fog, bloodshot eyes, abnormally growing fingernail. |
| Tester | April | April Tester's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or April's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash around neck, bumps on ribcage, itchy, ear pain, sinus pressure, congestion. |
| Waskowicz | Francine | Francine Waskowicz's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Francine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; nose running, eyes running, trouble breathing. |
| Bollmann | Allison | Allison Bollmann exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Allison's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, difficulty breathing, Proximity-constant coughing, watery eyes, shortness of breath, fatigue, weight gain, constant stuffy nose, high blood pressure, more frequent migraines. |
| Ulrich | Catherine | Catherine Ulrich's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Catherine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rhinitis, throat closing, asthma, chemical reactive bronchitis, rosacea, brain fog, fatigue. |

19

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Simpson | Nancy | Nancy Simpson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Nancy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; thyroid issue and major hair loss. |
| Marcantonio | Deborah | Deborah Marcantonio's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Deborah's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; Respiratory infection, nose bleeds, body rash with severe itching, bruising. |
| Kennedy | Jazton | Jazton Kennedy's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jazton's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; abrasions, scratches, itchiness, respiratory distress (went to ER), bruising, thyroid levels affected. |
| Davis | Shawn | Shawn Davis exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shawn's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eyes swelling, eye discharge, rashes on arms and hands, tremors, high blood pressure, upper eyelid swollen. |
| Agnello | Melodie | Melodie Agnello exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Melodie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; light headed, heart racing, hot, nose running, eyes itching, Proximity: racing heart, light headed, choking, throat closing up, nonstop coughing, body aches,extreme fatigue, headache, ear infection, pink eye. |

20

Exhibit B
Page 60

| Last Name | First Name | EXPOSURE |
|---|---|---|
| DeRose | Daniel | Daniel Derose exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Daniel's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes - back, groin, genitals, severe itching, felt weak, fatigue. |
| Fromm | Laureen | Laureen Fromm exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laureen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; laryngitis, fever, blocked ears, constant cough, post nasal drip, sinus infection, fluid in ears, raspy voice. |
| Hines | Lacy | Lacy Hines's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lacy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hair loss, nose bleeds, rash, fatigue, weight loss, swollen lymph node problems, severe bloating, hot flashes, lower abdominal pain. |
| Larkin | Eileen | Eileen Larkin's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Eileen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; high blood pressure, constant headache, acute sinusitis, constant itching, diagnosed with complex endometrial hyperplasia for severe headaches that came on suddenly. |
| Martine | Julie | Julie Martine's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Julie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sinusitis, upper respiratory issues, post nasal drip, racing heart rate, loss of voice, rash, headaches. |

21

**Exhibit B**
**Page 61**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Sivret | Shari | Shari Sivret's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shari's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; watery eyes, allergy symptoms, congestion, severe headache that felt like a band squeezing head, chest pain, respiratory issues, chronic cough. Three heart valves not fully closing and endometrium thickening of the uterus and a polyp on ovary were discovered. Allergies and sensitivity to chemicals. |
| Talmadge | Tamura | Tamura Talmadge's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tamura's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, medical leave due to staph infection in sinuses, fatigue, vertigo. |
| Teel | Tracy | Tracy Teel's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or benzyl benzoate itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tracy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; vertigo, generally not feeling well, blacked out, fell down, vomitted, rashes, migraines, nausea, eyes and throat burn, fatigued, hair loss, bumps on neck and chest. |
| Vasilakis | Leslie | Leslie Vasilakis' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Leslie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on arms and thighs, severe headaches, shortness of breath, high cortisol in blood tests. |
| MacFarlane | Krista | Krista MacFarlane's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Krista's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, hives, broken skin, swollen and bruised breasts, coughing, welts, difficulty breathing. |

22

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Mumma | Denise | Denise Mumma's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Denise's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, nasal congestion, burning eyes, black eye and hair loss. |
| Bache | Maresa | Maresa Bache exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Maresa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; swollen lymph nodes, bloody , rash, neurological disease - ADEM - on continum of MS - vertigo, double vision, frozen face, ring in ears with intermittent hearing. |
| Ballard | Linda | Linda Ballard exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Linda exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; coughing fits, hair loss, couldn't breathe, eyes swellings. |
| Benson | Mia | Mia Benson exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Mia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, couldn't breathe, feeling sick all the time, congested constantly, itchy eyes, blocked ears. |
| Bokor | Laura | Laura Bokor exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laura's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches, flu-like, couldn't get out of bed, migraines, runny nose, coughing, hair falling out a lot. |

23

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Caffrey | Colleen | Colleen Caffrey exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Colleen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash from head to toe, respiratory issues, menstrual cycle issues, numerous sinus infections |
| Campbell | Kelly | Kelly Campbell exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kelly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes, itchy, migraines daily, double vision, sinus infection lasting 6 weeks, chemical burns, blistering. |
| Caron | Linda | Linda Caron exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Linda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, laryngitis, raspy voice, coughing, feel like can't catch deep breath, racing heart. |
| Clarke | Majbrit | Majbrit Clarke exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Majbrit's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; outbreak on face, kidney stones. |
| Craig | Jennifer | Jennifer Craig exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jennifer's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, bumps, sharp tingling in legs, vertigo - severe, dry cough, burning and sores in nose. |

24

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Darnell | Anna | Anna Darnell exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Anna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; bad rash on stomach, legs, arms, back and face, rash in my eyes and eczema on eyes and face, trouble breathing, felt like my rib cage was being squeezed, terrible headaches, bloody nose, sores in mouth, sore throat, burning eyes, face, scalp and body, severe sinus congestion, eyes swell shut, hair loss, irregular menstrual cycle, acne |
| DeVaughn | Tanya | Tanya DeVaughn exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tanya's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; coughing, fatigue, dry mouth, ankle swelling, severe constipation. Diagnosis: extremely high calcium, parathyroid levels sky high, had parathyroidectomy and thyroidectomy - nodules in thyroid. |
| D'Olivo | Wendy | Wendy D'Olivio exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Wendy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sunburned like reaction to face, could not breath, lost voice and got bronchitis, blood pressure was 200/130 and was taken to the emergency room. |
| Donnelly | Cheryl | Cheryl Donnelly exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Cheryl's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; extreme itching, sensitivity, felt like skin on fire |
| Edwards | Susan | Susan Edwards exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Susan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory distress, swollen glands, sore throat, laryngitis, sinusitis, eye irritation, a nasal drip that feels like it enters my lungs (a drowning effect) causing uncontrollable coughing, congestion. |

25

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Ekins | Patrice | Patrice Ekins exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Patrice's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hair loss, coughing, throat closing up, itchy, fatigue, gallbladder surgery, blood in urine |
| Encarnacian | Eddie | Eddie Encarnacian exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Eddie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches, nose bleeds, eye infections, upper respiratory |
| Fejer-Konert | Tunde | Tunde Fejer-Konert exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde; and/or Tunde's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; migraines, unusual cyst/nodule growth above right ear, excessive sweating with foul odor, difficulty breathing and swallowing, throat restricting, eye irritation, watery/sticky/mucusy eye, migraines |
| Flores | Teresa | Teresa Flores exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Teresa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy skin, sinus problems |
| Gabbard | Amy | Amy Gabbard exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Amy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hives across face, itchy skin, bump above temple in hairline, red eyes, incessant cough, rash, white bumps on shoulders, severe fatigue, sinus infection, ear infection, fluid in ears, blood in urine, white blood cell count high, thyroid, nose bleeds, thyroid levels wildly fluctuate, stomach pains, nausea, heart racing, night sweats, dry eyes, blurry vision, hives, migraines |

26

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Geier | Tina | Tina Geier exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tina's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; red streaks on neck, red bumps/hives on arms, itching, sinus infections - coughing, runny nose, burning eyes, congestion |
| Genet | Marieke | Marieke Genet exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Marieke's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sore throat, cold symptoms, wheezing, asthma, itching, red bumps, red skin |
| Gentry | Frank | Frank Gentry exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Frank's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hives, headaches, broken skin, itching, nasal congestion |
| Gordon | Elizabeth | Elizabeth Gordon exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Elizabeth's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hives all over torso  and on side of legs and thighs. Constant nasal drip on airplane; throat constriction |
| Granatek | Shelley | Shelley Granatek exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shelley's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; reoccuring red, raw, itcy rash under both armpits, thermal rash in my armpits, which continues to flare up, diagnosed with Ménière's disease (vertigo) |

27

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Graves | Paddy | Paddy Graves exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Paddy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches, tightness in throat, swollen glands |
| Hardie | Virginia | Virginia Hardie exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Virginia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, followed by a persistant cough, asthma |
| Harris | Lashonda | Lashonda Harris exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lashonda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; experienced burning and sensitivity around neck and chest area, small bumps appeared on neck and chest with itching and burning intensified |
| Hedlund | Elizabeth | Elizabeth Hedlund exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Elizabeth's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; neck and upper chest irritated, contact dermatitis, rash on legs, raw, red, itchy, sinusitis, respiratory issues, phlem, ear tube blockage, eyelids swollen, eye inflammation |
| Herrington | Susan | Susan Herrington's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Susan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory infections, sinus infections, difficulty breathing, constant cough, chemical burn, vertigo, heart racing, eyes burning, bloody nose |

28

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Hornung | Melody | Melody Hornung's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Melody's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, itchiness, fatigue, depression, red/burning face, congestion, coughing |
| House | Shelly | Shelly House's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shelly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; painful/itchy/burning bumps/rashes all over body |
| Jackson | Elizabeth | Elizabeth Jackson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Elizabeth's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash all over upper body, severe itching, severe headaches, overall sense of malaise. |
| Jansen-DeMarco | Maria | Maria Jansen-DeMarco's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Maria's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; neck rash, chest hives, rash on legs (looked like poison ivy), hair loss, migraines, flu-like symptoms. |
| Johnston | Taylor | Taylor Johnston's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Taylor's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; lip twitch, fatigue - sleeping excessively, depression, constant headaches, cough, joint pain, runny nose, post-nasal drip, sore throat, red burning eyes, skin chafing, hair loss, insomnia, hot flashes, elevated heart rate, high blood pressure, genital itching, two bacterial infections, vertigo, persistent rashes, "phantom smells" due to damage to the olfactory nerves, nausea, shakes, burning sinuses, nerve blocking injections in scalp for headaches. |

29

**Exhibit B**
**Page 69**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Kirwan | Patricia | Patricia Kirwan's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Patricia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headache, runny nose, sore throat, shortness of breath, loss of voice, itchiness. |
| Kolb | Caren | Caren Kolb's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Caren's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchiness, rash, headache, fatigue, extreme itching from the inside out, arms/legs felt like they were dragged down with lead, throat closing up, cough, felt like constantly choking, nose bleed, trouble breathing, sore throat, sinus infection, pulmonary embolism in both lungs. |
| Lavercier | Maryse | Maryse Lavercier's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Maryse's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sinusitis, sweating, dizziness, rashes, headaches, nose bleeds, extreme fatigue, overall not feeling well, coughing, smell sensitivity, anxiety, shortness of breath, never felt could catch breath, trouble sleeping. |
| Lovett | Susan | Susan Lovett's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Susan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; blisters in nose, developed violent allergies, "chemically induced lupus," lips splitting open, chelitis, throat closing up, red eyes, gastrointestinal problem, hair loss, "exposure to toxins" diagnosis. **Dog is sick. |
| Maholias | Colleen | Colleen Maholias's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Colleen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; throat closed, eyes swollen, vertigo, extreme fatigue. |

30

| Last Name | First Name | EXPOSURE |
| --- | --- | --- |
| McClain-Yancy | Dona | Dona McClain-Yancy's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Dona's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash, hives, raised areas of skin, looks like burns, itchy |
| McLaughlin | Timothy | Timothy McLaughlin's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Timothy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: sinus issues, fatigue, itchy, rashes, severe painful skin irritation, gets lots of "colds", constant migraines |
| McRaney | Robin | Robin McRaney's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Robin's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: skin rashes, itching, swelling, burning, blisters, dry/peeling, brain fog, memory loss, depression, inability to concentrate or focus, blurred vision, swelling of eyes, pain, heart racing |
| Mcvey | Heidi-Sue | Heidi-Sue Mcvey's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Heidi-Sue's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: neck stinging/irritated, hot to the touch/red, burn |
| Mellick | Janeen | Janeen Mellick's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Janeen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: bloody noses, respiratory issues, severe fatigue. |

31

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Miller | Nicole | Nicole Miller's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or cobalt itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Nicole's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory problems, strep throat, sinus problems, abdominal pain, waiting for results of stomach biopsy, high blood pressure - hospitalized for it, fatigue. |
| Milton | Sharon | Sharon Milton's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or cobalt itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sharon's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; skin looked like chicken pox. |
| Montgomery | Karen | Karen Montgomery's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or cobalt itself and/or copper itself and/or antimony itself and/or nickel itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Karen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory, felt like her back was being eaten alive, scabs on back and scalp, waking up in middle of night, dizziness, spinning, vertigo, headaches, sore throats, burning eyes, loss of voice |
| Moran | Sara | Sara Moran's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or cobalt itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sara's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; cold symptoms, fever, memory loss, bumps on scalp, face, neck, chest, pin and needle sensation, bruising, brown/red spots on chest, dry/peeling hands, blurry vision, watery eyes and pressure and twitching, metal taste in mouth, extreme dry mouth, brain fog, difficulty concentrating, mood swings, depression, cough, congestion, chest pain, difficulty breathing, throat felt like closing, headaches, migraines, thyroid underactive, hair loss, menstruating irregularly - more frequently, muscle pain, extreme fatigue, faint, insomnia, inflammation, loss of appetite, heart murmur, sensitivity to smells, nausea, dizziness, diarrhea, blood in urine. |
| Morgan | Kerry | Kerry Morgan's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or cobalt itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kerry's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; dry cough, heavy chest, headache, rash on arms, breathing difficulty |

32

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Naten | Beverly | Beverly Naten's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Beverly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: dry patch on neck, itchy, prickly feeling |
| Neill | Meredith | Meredith Neill's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Meredith's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: dry cough, heavy/tight chest, headache, bloody nose (almost daily), dry/red eyes, burning urination, spotting (postmenopausal), extreme fatigue, dizziness, scabs in nose, blocked ears, brain fog (trouble remembering words), swollen throat, depression |
| Omli | Morrow | Morrow Omli's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Morrow's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: enlarged lymph nodes, metallic taste in mouth, bleeding gums, diarrhea |
| Pacitti | Joanne | Joanne Pacitti's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Joane's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: nausea, headaches, extreme fatigue, blurry eyes, rashes, itchy, extreme coughing fits, nausea, sores. |
| Pezzotti | Jennifer | Jennifer Pezzotti's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jenifer's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: itching, rash and hives that looked like scarlet fever, respiratory issues. |

33

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Piche | Julie | Julie Piche's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Julie's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; developed a severe headache, a rash, sinus infection, sinus issues, post nasal drip issues, bronchitis |
| Platt | Ginger | Ginger Platt's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Ginger's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; severe fatigue, migraines |
| Pollock | Janice | Janice Pollock's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Janice's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; hives all over body, face swelled up, itchy eyes, respiratory issues, "acute contact dermatitis", bronchitis - needed inhaler, cough, irritation around eyes |
| Rain | Susie | Susie Rain's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Susie's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; felt itchy |
| Restrepo-Rendina | Lucia | Linda Restrepo-Rendina's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Linda's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; headaches, upper respiratory, bronchitis every month, ear infections, UTIs, sinus infections, red eyes, rashes, broke out with bumps on my stomach and legs which had small blisters and would not stop itching for days. |

34

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Rucky | Mary (Mary Pat) | Mary Pat Rucky's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Mary Pat's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes, diagnosed with breast cancer in May |
| Rutt | Lisa | Lisa Rutt's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lisa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; bright red burning eyes, respiratory problems, itching skin, bumps, rashes, chemical burn. Heart palpatations, swollen lips, cracked dry lips. |
| Saddler | Rosemary | Rosemary Saddler's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rosemary's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; immediately unable to breathe, hives on whole body, rash |
| Sayre | Beverly | Beverly Sayre's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Beverly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eye issues, hemorrhaged eye, dizziness. |
| Scarpuzzi | Joshua | Joshua Scarpuzzi's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Joshua's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy (mostly legs), eyes shut/drooped, lumps over mouth, bumps on skin 8 times over 2 weeks, nose bleeds. |

35

Exhibit B
Page 75

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Seay | Paul | Paul Seay's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Paul's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on chest, neck face and arms. Fatigue, insomnia, lack of appetite, ear infection in right ear and lost hearing in ear, rashes. |
| Self | Leticia | Leticia Self's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Leticia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itcy, generally feeling of not feeling well, rash on chest, back and legs, upper respiratory problems, coughing, sore throat, itchy eyes, runny nose |
| Severson | Lilly | Lilly Severson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lilly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; blew blood vessels in eyes, rash on neck, high blood pressure (always low, Vasuvagel), pulse high, thyroid levels fluctuating, shortness of breath, heart issues |
| Slayton | Michele | Michele Slayton's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Michele's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; welts on skin, rash, on-fire itching, fatigue, nausea, bloody noses, severe headaches |
| Spears | Georgia | Georgia Spears' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Georgia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; congestion, not thinking clearly - brain fog, itching, rash |

36

ᐧ

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Statler | Catherine | Catherine Statler's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Catherine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; whites of eyes bright red/eyes and area around swelling and puffy/skin on neck turned red, rought/red dry, itchy flakey patches of skin on face/eyes, deep cough |
| Stewart | Terri | Terri Stewart's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Terri's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, dermatitis, face swelled up, swollen eyes, upper respiratory, winded, fatigue, eyes tear |
| Stillwell | Lisa | Lisa Stillwell's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lisa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; contact dermitits, sores that wouldn't heal for months, bronchitis, pneumonia, memory loss, concentration problems, congestion, difficulty hearing |
| Sutherland | Kara | Kara Sutherland's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kara's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; throat closed up, felt like pin pricks across entire body. Sore throat, hard to swallow, swollen lymph node, mouth pain - blisters under tongue, ear infections, rash that looked like sunburn, eyes burn, ears blocked |
| Taylor | Jack | Jack Taylor's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jack's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; Hives, itchy, rash |

37

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Versluis | Betsy | Betsy Versluis' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Betsy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; very congested, headache, broke out in hives, tongue swelling, shortness of breath |
| Weatherspoon | Tanya | Tanya Weatherspoon's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tanya's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; blurred vision, eye floaters, coughing, respiratory infections, hives, hair loss, eye issues, nodules around neck, skin rashes. |
| Zanikos | Despina | Despina Zanikos' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Despina's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, headaches, dizziness, off-balance |
| Zelm | Laura | Laura Zelm's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laura's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; flu like symptoms, rash, breathing difficulty, bronchitis, felt like having a heart attack |
| Palmer | Cheryl | Cheryl Palmer's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Cheryl's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, rash, headaches, chronic severe cough and congestion, upper respiratory infections |

38

| Last Name | First Name | EXPOSURE |
|-----------|------------|----------|
| Shaw | Loraine | Lorraine Shaw's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lorraine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eyes watering, respiratory issues, rash, migraines, irritability, menstruating 2-3 times a month for 7 days |
| Swaringen | Antonina | Antonina Swaringen's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Antonina's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory, cough, bronchitis twice, inhalers, tubes put in ears to drain fluids (surgery) on July 11. |
| Wyatt | Zan | Zan Wyatt's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Zan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory issues, losing voice, diagnosed with asthma, cough, tightness in chest, shortness of breath, runny nose, tightness in chest. |
| Yelenich | Ingela (Ann) | Ingela Yelenich's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Ingela's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hives, itching, redness |
| Coplin-Neill | Sandra | Sandra Coplin-Neill exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sandra's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory, red itchy eyes constantly watering |

39

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Cronin | Lorraine | Lorraine Cronin exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lorraine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; painful burning on neck, redness, watery eyes, eye pain, redness, shortness of breath |
| Fellows | Jody | Jody Fellows's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jody's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sore throat, sore jaw, extreme tightness in chest, cough, joint aches, extreme stiffness in left side of neck, abrupt cease of menstrual cycle, fatigue, and redness on back, bloodshot eyes, eyes sting, headache. |
| O'Doherty | Kimberly | Kimberly O'Doherty's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kimberly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; chemical burn, prescribed inhaler, fatigue, headaches, dry eyes, can't wear contacts, hypothyroid (has gone down since not wearing uniform), hair loss, rash |

**SECTION B: NEWLY ADDED PLAINTIFFS**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Bailey | Giselle | Giselle Bailey exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Giselle's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, upper respiratory, headaches, light headed, heavy chest, tingling lips, racing heart, bone marrow biopsy indicated MDS - caused by radiation or the chemical benzene |
| Bankhead | Joseph | Joseph Bankhead exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Joseph's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itching, blisters, rashes. |

40

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Barcomb | Renata | Renata Barcomb exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Renata's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches, nausea, vomiting |
| Bass | Kecia | Kecia Bass exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kecia exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; legs covered in hives |
| Bell | Tina | Tina Bell exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tina's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sinus issues, fatigue, drainage - green, dry cough, itchy eyes, scratchy throat |
| Biederman | Brooke | Brooke Biederman exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Brooke's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; congestion, sneezing, sick feeling, rashes - skin cancer in an area where the rash had been, breast cancer |
| Bruns | Patricia | Patricia Bruns exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Patricia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches |

41

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Butler | Bruna | Bruna Butler exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Bruna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; migraines (only at work), rash, red eyes |
| Cameron | Kelly | Kelly Cameron exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kelly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; thyroid levels, scratchy throat, cough, phlegm, couldn't get out of bed, eat pressure, rashes, eyes burning, hot flashes, gums bleeding, metallic taste in mouth, tongue sore, jawbone deterioration, appendectomy, dizziness, fatigue, brain fog |
| Carrico | Carlos | Carlos Carrico exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Carlos's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itching-bloody |
| Carter | Antoinette | Antoinette Carter exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Antoinette's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, itch, respiratory distress (hospitalized twice), racing heart, red eyes, fatigue, "brochitis", joint pain, fibromyalgia, memoy issues, hair loss |
| Casey-Goncalves | Sherri | Sherri Casey- Goncalves exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sherri's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itching and red rashes on legs, arms, torso and neck, then red bumps on face and neck, burns and blistering in both armpits, severe cough/bronchitis not helped by antibiotics. |

42

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Castellanos | Lorna | Lorna Castellanos exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lorna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; cough, bronchial tubes have mutated, diagnosed with asthma, difficulty breathing |
| Chastain | Bobby James | Bobby Chastain exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Bobby's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eye irritation, coughing, and runny nose, exhausted, abnormal hair loss. |
| Chastain | Rosana | Rosana Chastain exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rosana's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; severe headaches, scalp swelling, thyroid problems, severe dry/red eyes |
| Cheek | Leigh | Leigh Cheek exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Leigh's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes, x-ray of chest revealed junk in lungs, blood clots, internal bleeding, pulmonary embolisms, lung collapsed, couldn't take a deep breath, difficulty breathing |
| Clawson | David | David Clawson exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or David's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; welts on neck, extreme itchiness |

43

| Last Name | First Name | EXPOSURE |
|-----------|------------|----------|
| Cosme | Carol | Carol Cosme exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Carol's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory infections, nose bleeds, had a miscarriage in January, antibiotics were ineffective against infections |
| Currie | Terry | Terry Currie exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Terry's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; upper respiratory, thyroid levels off, coughing, heart palpitations, runny nose, eye irritation |
| Currie | Linda | Linda Currie exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Linda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy swollen red eyes, headaches, nausea, itchy skin, difficulty breathing |
| Denelle-Cohen | Tracy | Tracy Denelle-Cohen exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tracy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; dizziness, vertigo, asthma |
| Duncan | Janet | Janet Duncan exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Janet's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; fatigue, flu - like symptoms, diarrhea, fever, body aches, sore throat, headache, itchy |

44

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Edwards | Tracey | Tracey Edwards exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Tracey's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; upper respiratory problems and a red itchy rash formed on both my inner thighs. |
| Ellis | Karen | Karen Ellis exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Karen's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash on both arms, dizzines, red eyes, stye in eye, coughing, welts on face, whole body felt like it was on fire |
| Faulk | Margery | Margery Faulk exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Margery's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; severe headaches, HELP, syndrome during pregnancy - high blood pressure, elevated liver enzymes, low blood platelets, premature labor and death of daughter who was born with pulmonary issues, cysts. |
| Fields | Joni | Joni Fields exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Joni's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; respiratory infections, blocked ears, skin eruptions, difficulty breathing, blurry vision, tunnel vision, cognitive difficulties included memory loss and confusion. |

45

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Fontaine | Christine (Lynn) | Christine Fontaine exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Christine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; lost voice, fatigue, pale appearance, constant sinus drainage, heavily metallic taste in mouth, brain fog - short term memory issues, eye issues - "conjunctivis", hard "blemishes" on face when working |
| Foss | Maureen | Maureen Foss exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Maureen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; aching joint pain in left hip, hives that progresses to full blistering rash within 24 hours. Rash covered left side of lower back. |
| Frachey | Robin | Robin Frachey exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Robin's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash like sunburn, severe itchiness |
| Franke | Elaine | Elaine Franke exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Elaine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; loss of hair on scalp in different areas. approx. 2 inch diameter on scalp completely bald in those areas |
| Funicello | Jennifer | Jennifer Funicello exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jennifer's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; scratchy throat, loss of voice (ongoing), cough |

46

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Galbraith | Barbra | Barbra Galbraith exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Barbra's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash/burn. Proximity symptoms: itchy/burning eyes, nosebleed, thyroid nodule growth (more enlarged than usual) |
| Gill | Stephanie | Stephanie Gill exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Stephanie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, uncomfortable, welts on neck, rashes, vaginal discharge, heavy bleeding, fatigue, post nasal drip |
| Grambusch | Rhonda | Rhonda Grambusch exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rhonda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; severe upper respiratory distress |
| Grandell | Bettye | Bettye Grandell exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Bettye's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eyes burned as soon as opened box, difficulty breathing, eyes burning, nausea, dizziness, "bronchitis" 3 UTI's in four months, UTI every other month, rashes, headaches |
| Grass | Tara | Tara Grass exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tara's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; reoccurring headache, blood vessel rupture in eye, breathing issues, body rashes |

47

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Gravino | Jodi | Jodi Gravino exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jodi's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sneezing, runny nose; welts on skin |
| Hague | Laura | Laura Hague exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laura's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hives, shortness of breath, cough |
| Harrell | Wanda | Wanda Harrell exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Wanda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; burning sensation, eye burning, frequent long lasting migraine, feeling "hyper", hoarse voice, nerve ending reaction, vasculitis |
| Haubenreiser | Kelly | Kelly Haubenreiser exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenol itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kelly's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; Initially it was a small hive here and there with mild itching, acute contact dermitits on various parts of body, (arm, shin, torso) with severe itching, loss of voice, heaviness and burning in chest and lungs, headaches, severe dry mouth, anxiety attacks |
| Haukeli | Kelli | Kelli Haukeli exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kelli's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; scratchy itchy rash, difficulty breathing, red swollen bumps on my skin |

48

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Heagy | Reeja | Reeja Heagy exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Reeja's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; bumps on neck, bumps on arms and back, felt out of breath from just leaning down to pick up things |
| Heminger | Kim | Kim Heminger's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kim's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eyes - sever dryness, bumps on face, fatigue, itchiness |
| Holt | Lawrence | Lawrence Holt's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lawrence's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; skin rash, break out on upper torso/extreminities/legs/bilateral. |
| Holte | Kirk | Kirk Holte's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kirk's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; pneumonia, cough. |
| Holte | Ruth | Ruth Holte's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Ruth's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; diagnosed with RAD ("adult asthma"), headaches, nose bleeds, rashes, clogged sinuses, dry cough, not able to breathe, itchiness |

49

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Huber | Daniel | Daniel Huber's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Daniel's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash-like redness on neck, sinus problems, throat infection |
| Hughes | Jennifer | Jennifer Hughes's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jennifer's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchiness, rash, white bumps, and hives, hair falling |
| Hughes | Alexandra | Alexandra Hughes's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Alexandra's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; felt lightheaded/chest fluttery, had rash on neck, headache, heartburn, runny nose, watery eyes, sore throat, hoarse cough to the point of choking, trouble breathing. |
| Iacono | Cindy | Cindy Iacono's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Cindy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, headaches, memory confusion, cough, clearing throat, migraines, pneumonia, fatigue, itchiness around neck/right knee |
| Jannece-Fahey | Luanne | Luanne Jannece-Fahey's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Luanne's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; red eyes, eyes kept tearing constantly, runny nose, sneezing, headaches/migraines, vertigo, respiratory issues, asthma, burning red eyes, constant migraines, some dizziness and memory loss. |

50

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Jeroninus | James | James Jeronimus's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or James's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory issues, "bronchitis", "cold" that lasted 6 weeks |
| Johnson | Heather | Heather Johnson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Heather's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; flu-like symptoms lasting 6 weeks, "bronchitis" not treatable with antibiotics, nausea, diarrhea, rapid heart beat, cough, dizziness, red face, congestion, lung nodule, chest tightness, memory issues, cognitive problems, motor skill issues. |
| Kerwin | Susan | Susan Kerwin's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Susan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; loss of voice, dry cough, fever, pressure in chest, felt like she couldn't breathe, high thyroid |
| Kerwin | David | David Kerwin's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or David's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; shortness of breath, itchiness. |
| Kon | Nozomi | Nozomi Kon's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Nozomi's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy eyes, swollen face, itchy neck/face/hands, dizziness, severe headaches, nausea, numbness in hands |

51

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Kram | Steve | Steve Kram's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Steve's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; chemical burns on skin, coughing/hacking, sinus headaches, fatigue, loss of appetite, rash, blisters |
| Lane | Sheryl | Sheryl Lane's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sheryl's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: migraines, rashes, hair loss, dry eyelids, ringwork-looking circles. |
| Leake | Kathleen | Kathleen Leake's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kathleen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash that is worsening over time, sores, can't shower in hot water, bumps, itching. |
| Lee | Malcolmnique | Malcolmnique Lee's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Malcolmnique's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: respiratory issues, shortness of breath, rash, hives, bumps, severe migraines, itchiness. |
| Leopardi | Lora | Lora Leopardi's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lora's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: severe dry eyes, dry skin, respiratory issues, cysts, confusion, headaches, nausea, everything tasted like aluminium foil, auto immune disease, new chemical sensitivities, very itchy |

52

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Lichtenberg | Brenda | Brenda Lichtenberg's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Brenda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes, ears itching, eyes itching, throat itching. |
| Little | Margo | Margo Little's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Margo's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchiness, red marks, scars |
| Litzkow | Terri | Terri Litzkow's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Terri's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; big red sores, congestion, lupus has worsened, chemical burns across collar bone, new host of skin issues, bloody noses, shortness of breath, hives. |
| Lota | Theresa | Theresa Lota's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Theresa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; runny nose, itching, generally not feeling well, head congestion. |
| Love | Jerad | Jerad Love's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jerad's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; fatigue, sinus infections, clogged ears/eyes, red dots on skin, headaches, difficulty sleeping. |

53

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Lucas | Donna | Donna Lucas's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Donna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: huge blisters, permanent scarring |
| Lybarger | Lori | Lori Lybarger's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lori's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash, felt like she had flu, fever, chills, body ache, eyes stuck shut + pus filled, migraines, blocked ears |
| Lyons | Cydna | Cydna Lyons's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Cydna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rash, shortness of breath, swollen glands, fatigue |
| Mackonochie | Rosemary | Rosemary Mackonochie's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rosemary's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: bad skin reaction - large black blue and yellow bruising all ove rbody, hives, itching, burning sensation, extreme fatigue, bad respiratory problems, headaches, sleeplessness |
| Manzetti | Carol | Carol Manzetti's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Carol's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: boil on back, trouble breathing, dizziness, cough, extreme hair loss, thyroid levels way off |

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Martins | Dyan | Dyan Martins's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Dyan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; burning/itching skin, rash, dizziness, runny nose, sneezing, fatigue. |
| McCarthy | Celia | Celia McCarthy's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Celia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; breathing issues, intermittent coughs, migraines, mucus issues with eyes, fatigue. |
| McWilliams | Donna | Donna McWilliams's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Donna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eyes swelled up, heavy congestion, difficulty breathing, extreme fatigue, thyroid meds stopped working, weight gain, chest pain, left arm went numb - possible heart attack, gastrointestinal problems, stomach acid in throat, pancreatitis, lesions all over body, Nonstop cough, rash, migraines, severe brain fog (couldn't remember child's name), severe depression, extreme join swelling in shoulders/hips, arthritis-like symptoms. |
| Meade | Marvin | Marvin Meade's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Marvin's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; respiratory issues, congestion, felt like could not catch breath. |
| Mellencamp | Laura | Laura Mellencamp's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laura's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, hives, burning eyes, respiratory issues, wheezing, itching, redness, welts. |

55

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Miranda | Rosell | Rosell Miranda's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Rosell's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on neck, difficulty breathing, fatigue, depression, hair loss. |
| Monarrez | Lanell | Lanell Monarrez's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Lanell's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, burn on back of neck, rash on legs. Flu-like symptoms, pneumonia |
| Nassise | Dawn | Dawn Nassise's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Dawn's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on arms, runny nose, bloody noses, hair loss |
| Norris | Julie | Julie Norris' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Julie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; dermatitis, left arm swollen. |
| Norwood | Charles (Rod) | Charles Norwood's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Charles' exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; breathing issues, uniform felt like fiberglass against skin, red bumps, hives, "cuts" |

56

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Oates | Sharon | Sharon Oates' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or sharon's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; asthma attacks, dizzy driving with them in car to alterations. Headache, congestion, rash, small blisters while wearing, burning feeling on neck, burning eyes |
| O'Keefe | Gary | Gary O'Keefe exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Gary's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; vertigo, severe itchiness, loss of breath - frequent feeling like can't catch breath, skin bumps/acne |
| Pfeiffer | Shane | Shane Pfeiffer's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shane's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; looked like shingles on hands, hives, puss bumps, constant cough, fatigue |
| Philpott | Susan | Susan Philpott's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Susan's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash from head to toe, lethargic, fatigued, headaches; severe respiratory symptoms, inability to breath, short of breath, itchy eyes, facial swelling |
| Ramroop | Nazerah | Nazerah Ramroop's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Nazerah's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes on chest/arm, coughing |

57

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Reeves | Robin | Robin Reeves' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Robin's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; burning and peeling lips, thyroid nodules, postmenopausal bleding, hair loss, hives. |
| Reyes | Naomi | Naomi Reyes' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Naomi's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes, hives, breathing issues, eye irritation - stye. |
| Robertson | Steven | Steven Robertson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Steven's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; runy nose, coughing, shortness of breath. |
| Ruleman | Julie | Julie Ruleman's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Julie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; Leg rashes, welts on neck, constant sinusitis, eye issues, constant burning, generally not feeling well, appendectomy, cough, ear infections, headaches, hoarse voice, Follicular Lymphoma, Osteitis of the Sphenoid, chronic and recurring sinus infections. |
| Rumbaugh Kozesky | Linda | Linda Rumbaugh Kozesky's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Linda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, runny nose, watery eyes, cough, sick to point of not getting out of bed for two months, headaches, fatigue, hair loss. |

58

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Ryan | Karen | Karen Ryan's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Karen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; red/sore eyes, continuous tearing, rash around eyes, chemical burns around eyes. |
| Sadeya | Shannon | Shannon Sadeya's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shannon's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, hives, felt "off", breathing issues, red eyes. |
| Schweickert | Amanda | Amanda Schweickert's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Amanda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; red skin and burning sensation. |
| Segovia | Betty | Betty Segovia's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde; and/or Betty's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on neck, red marks down chest, cough, constant congestion. |
| Senft Ritter | Amy | Amy Senft Ritter's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Amy's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; felt like fiberglass around neck, lost voice for 2 weeks. Horrible rash on chest. Vision worse. Eyes itchy and red. Hard time swallowing. Fatigued/tired. No energy on layovers. Fingers are tingling. Stuffy nose. |

59

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Shaffer | Kathleen | Kathleen Shaffer's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Kathleen's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: eye got irritated, heavy breathing, tingling, red spots on chest, bronchitis, coughing, swollen eyes, stomach pain, vertigo, itchiness. |
| Sheridan | Thomas | Thomas Sheridan's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Thomas's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: respiratory issues, face swelled up, UTI, red bumps, itchy, dizziness, nausea, headaches. |
| Smoak | Sarah | Sarah Smoak's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Sarah's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: sore throat, upper respiratory infection, 5 days in the hospital with 2 strains of pneumonia, extreme fatigue, itchy skin rash, sever hair loss, missed menstrual cycles (while on birth control), rashes on roof of mouth, shortness of breath, tightness in chest, hyperthyroidism. |
| Smutz | Michael | Michael Smutz's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Michael's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: Itchy, very high inflammation levels in body, eyes and eyelids are red and gritty, has had 30 pre skin cancer issues this year, night sweats nightly, scalp is very sensitive to the touch, memory loss, vision deteriorating, extreme weight loss, swollen lymph nodes, absolutely no energy, almost fainted, blood pressure has plummeted, body temperature fluctuating, loss of balance, difficulty walking, constipation. |
| Soto | Hector | Hector Soto's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Hector's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: rashes, itch headaches, respiratory. |

60

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Souffrant | Daffny | Daffny Souffrant's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Daffny's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on upper body, nonstop itching. |
| Stephens | Cindra | Cindra Stephens' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Cindra's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes on upper body, breathing problems, bronchitis. Sinus passages inflamed, headaches. |
| Stover | Teresa | Teresa Stover's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Teresa's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; eye irritation, voice loss, hoarse voice, vertigo, mouth and nose sores, bronchitis or asthma, found several nodules that were small and one that is much larger on esophagus, eye irritation and hoarseness in my voice. |
| Swickheimer | Todd | Todd Swickheimer's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Todd's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash on upper body, sweating profusely, carcinoma, skin cancer on face, runny nose, loss of voice, tiredness/exhaustion, headaches, sore throat, compromised immune system. |
| Szatko | Michelle | Michelle Szatko's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Michell's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy eyes, dry lips, rashes, hives, nose bleeds. |

61

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Tahara | Mariko | Mariko Tahara's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Mariko's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: coughing, cold/flu symptoms, lost voice, watery eyes, breathing issues, sinus infection. |
| Teresi | Gwyndolyn | Gwyndolyn Teresi's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Gwyndolyn's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: extreme headaches, itchy eyes, congestion, skin irritation - bumps on arms and chest, scratchy throat, thyroid issues, irritability. |
| Toler | Leslie | Leslie Toler's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Leslie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: general strange feeling, redness behind ear, severe itching, anxiety, panic attacks, brain fog. |
| Trung | Ngoc | Ngoc Trung's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Ngoc's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: flu/pneumonia like symptoms, persistent cough, throat closing, headaches, body aches, nose bleeds. |
| Tutwiler | Diana | Diana Tutwiler's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Diana's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness: shortness of breath, nausea, headaches, upset stomach, rashes, burning sensation, itchiness, fatigue, loss of hair, and depth of perception. |

62

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Urbina | Ines | Ines Urbina's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Ines' exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headaches, nausea, blisters in mouth, eyes are sticky, hoarse throat, feels like can't breathe. |
| Vaillancourt-Pugsley | Laurie | Laurie Vaillancourt-Pugsley's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Laurie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; sinus infections, watery eyes, skin crawling, rash, headaches, breathing issues, white bumps, dermatitis, sudden weight gain - thyroid, blood shot eyes. |
| Wable | Christine | Christine Wable's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Christine's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; hot, sweaty, headaches, nose dripping nonstop, prickling sensation from scalp across whole body, eyes swelling, nose bleeds, felt faint, heavy limbs, brain fog, congestion, chemical taste, bronchitis, pneumonia, bruises, rash bumps. |
| Warren | Tonja | Tonja Warren's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Tonja's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itching, rashes. |
| Watson | Heidi | Heidi Watson's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Heidi's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; bronchitis, pink eye, staph infection, rashes, puffy eyes, chemical sensitivity . |

Exhibit B
Page 103

| Last Name | First Name | EXPOSURE |
|---|---|---|
| White | Eleanor (Patti) | Eleanor White'sexposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Eleanor's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; coughing. |
| Williams | Melanie | Melanie Williams' exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Melanie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, itchy, severe itchy nose. |
| Wolterman | Katie | Katie Wolterman's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Katie's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes on neck/arm/chest, headaches, upper respiratory infections, neuropathy in outer extremities, blurred vision, problems with voice. |
| Wood | Samantha | Samantha Wood's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Samantha's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; Headaches, acne on face and back and shoulders, sinus issues, rashes, abnormal pap. |
| Zagorska | Justyna | Justyna Zagorska's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Justyna's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; severe headaches, nausea, vertigo, rash, eye infection, hair loss, smelled chemical scent on herself, fatigue, very abnormal menstruation, sore throat, general sick feeling, body aches. |

64

**Exhibit B**
**Page 104**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Sumpter | Shalonda | Shalonda Sumpter's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Shalonda's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; broke-out in hives, extreme hair loss, irregular periods, face break out, heart palpitations, respiratory infections, bronchitis, large ovarian cyst, fatigue, nausea. |
| Howey | Jaena | Jaena Howey's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jaena's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; dizziness, weight loss, hair loss, fatigue, eye irritation and inflammation, respiratory issues. |
| Rhone | Ruthanne | Ruthanne Rhone's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Ruthanne's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rashes, extreme itching, upper respiratory infections, coughing,  deeply bruised, scalp, arms. |
| Carter | Casey | Casey Carter's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Casey's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; itchy, painful rash in armpits, allergy-like symptoms. |
| Maraventano | Margaret | Margaret Maraventano's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Margaret's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; chemical burns, upper respiratory, congestion. |

65

**Exhibit B**
**Page 105**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Kirchmeyer | Patricia | Patricia Kirchmeyer's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Patricia's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; dizzy/light headed, trouble breathing, rash, heart racing,  anxiety attacks, itching, extreme fatigue, shortness of breath. |
| Chapa | Adriana | Adriana Chapa's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Adriana's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash, hives, bright red skin, sinus problems, constant congestion, difficulty breathing, los of voice, "bronchitis", pressure in ears |

66

**PROOF OF SERVICE**
(C.C.P. 1013A, 20015.5)

**STATE OF CALIFORNIA**
  I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 11999 San Vicente Boulevard, Suite 345 Los Angeles, CA 90049.

On **April 10, 2018** I served the foregoing documents described as: **FIRST AMENDED COMPLAINT** on the interested parties in this action.

☒   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒   **BY MAIL**

   ☒   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY ELECTRONIC MAIL**
   To:

☐   **BY FEDERAL EXPRESS**

☐   **BY PERSONAL SERVICE** - I caused to be delivered such envelope by hand per the service list attached.

☐   **BY FACSIMILE** - I faxed a copy of the above-described document to the interested parties as set forth on the attached mailing list.

   Executed on April 10, 2018 at Los Angeles, California.

☒   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Drue Balaban
Name                                             Signature

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, STE. 345
LOS ANGELES, CA 90049

SERVICE LIST
### HEATHER POOLE, ET AL v. TWIN HILL ACQUISTIION COMPANY, INC. ET AL
### MELODIE AGNELLO, ET AL v. TWIN HILL ACQUISTIION COMPANY, INC. ET AL

CASE NO. RG17876798

Brian S, Kabateck, Esq.
**Kabateck Brown Kellner, LLP**
Engine Company No. 28 Building
644 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 217-5000
Fax: (213) 217-5010
Email: bsk@kbklawyers.com

*Co-Counsel for Plaintiffs*

Robert J. Herrington, Esq.
**Greenberg Trauring, LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7800
Email: herringtonr@gtlaw.com

*Counsel for Twin Hill Acquisition Company,
Inc. and Tailored Brands Purchasing, LLC*