# Exhibit C

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TWIN HILL ACQUISITION COMPANY, INC.; TAILORED BRANDS, INC. a
corporation with principal corporate and executive offices in California ; DOES 1
THROUGH 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
HEATHER POOLE, MARIE VALENZUELA, TRACEY SILVER-CHARAN, PATTI
WILSON, ANTOINETTE PRICE, TYUANA GREEN, PATRICIA STACK, BETH
MILES, MARGUERITE D'AMICO, ELIZABETH ELLISON (see attached)

ENDORSED
FILED
ALAMEDA COUNTY

APR 2 7 2018

SUE PESKO

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Rene C. Davidson Courthouse, County of Alameda<br><br>1225 Fallon Street<br>Oakland, CA 94612 | **CASE NUMBER:**<br>*(Número del Caso):*<br>Lead Case No. RG17876798 (Poole et al v. Twin Hill) [Related to Case No.] RG17880635 (Agnello et al. v. Twin Hill) |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone (424) 832-7677 Fax (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

| DATE: | | Clerk, by | SUE PESKO | , Deputy |
|---|---|---|---|---|
| *(Fecha)* APR 2 7 2018 | **Chad Finke** | *(Secretaria)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | American LegalNet, Inc.<br>www.FormsWorkflow.com | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|---|

**Exhibit C**
**Page 109**

**SUM-200(A)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Heather Poole, et. al. vs.Twin Hill Acquisition Company, Inc., et. al. | Lead Case No. RG17876798 (Poole et al v. Twin Hill) [Related to Case No.] RG17880635 (Agnello et al. v. Twin Hill) |

### INSTRUCTIONS FOR USE

➜ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➜ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☒ Plaintiff   ☐ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

BONNIE DUBBS, MARGARET COOK, JOANNE CHINO-MALONEY, DIANA BENTON, ROBIN ADAMS, VIRGINIA SUMMERS, TROY LIM, CATHLEEN RUSK DELRIO, SHIRLEY MOK, ELIZABETH HENRY, JAYEONG YOO, LUCINDA YAPP, ALLISON WOOD, JONNA WILLIS, JUAN VELEZ, KAREN VARLEY, AMALIA VALLE REBAZA, CAROL TARANTO, BYRON SUTHERLAND, PETER SNEDDON, ISABELLE SMITH, NANCY SCHNEIDER, VICKI SCHALLER, KLEVIS SATA, BRENDA SABBATINO, DONNA ROGERS, MARIA RODRIGUEZ, KAZIA ROBICHAUD, JOAN QUILICO, MEGAN POSET, LINDA PENBERTHY, SUZANNE PATTILLO, LINDA OSTROWSKI, ALICIA OLSON, LAURIE NUNEZ, KIM NIEPOKY, LAURIE NIEDOMYS, JULIE MOSTELLER, CHRISTOPHER MICHAEL, LISA MENDEZ, MARTHA MASLA, REBECCA LESIEUTRE, TRACY KOZO, BENITA KILCREASE, ROSLYN KIRTON, KATHLEEN KELLY, CLAUDIA JACKSON, CASEY HURST, NANCY HUENERGARDT, STACEY HENRY, TERRI HEGWALD, SANDRA HAYEN, WHITNEY HEDMAN, MARYANNE HALAMA, LORRAINE GROSSI, JACQUELINE FRANK, CAROL FREEMAN, NANCY FLEMER, LISSETTE FIGUEROA, RITA DIZ, CAMILLE DAYEKH, TERRI CRIBBS, LORI COOCEN, JANET CONROY, CANDY CAHILL, HOLLY BOOKER, GLORIA BARNETT, RHONDA MCELRATH, MICHAEL ZEITZ, DEBRA JONES, MEGAN CARAWAY, AMANDA WHITEHOUSE-DUCKETT, SANDRA BURNELL, LIRON SHENKAR, MELISSA McCULLOUGH, MARILYN GONZALEZ, MARY BARNES, KRISTEN WRIGHT, GRETCHEN STUDIER, SARA BEITTER, APRIL TESTER, FRANCINE WASKOWICZ, ALLISON BOLLMANN, CATHERINE ULRICH, NANCY SIMPSON, DEBORAH MARCANTONIO, JAZTON KENNEDY, SHAWN DAVIS.

Page _____ of _____

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.FormsWorkflow.com

**Exhibit C**
**Page 110**

1  **BALABAN & SPIELBERGER, LLP**
   11999 San Vicente Blvd., Suite 345
2  Los Angeles, CA 90049
   Tel: (424) 832-7677
3  Fax: (424) 832-7702
   Daniel K. Balaban, SBN 243652
4  Andrew J. Spielberger, SBN 120231
   Vanessa L. Loftus-Brewer, SBN 265213
5  Kahren Harutyunyan, SBN 298449

6
   **KABATECK BROWN KELLNER LLP**
7  Engine Company No. 28 Building
   644 South Figueroa Street,
8  Los Angeles, CA 90017
   Tel: (213) 217-5000
9  Fax: (213) 217-5010
   Brian S. Kabateck, SBN 152054
10 Anastasia K. Mazzella, SBN 245201
11
12 Attorneys for Plaintiffs
13
14            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
15                 **FOR THE COUNTY OF ALAMEDA**
16
17 HEATHER POOLE and PLAINTIFFS listed on | Lead Case No. RG17876798 (Poole et al v. Twin
   **Exhibit 1** attached hereto                | Hill)
18
                     Plaintiffs,               | **[Related to Case No.]** RG17880635 (Agnello et
19      vs.                                     | al. v. Twin Hill)
20 TWIN HILL ACQUISITION COMPANY, INC.;  | **SECOND AMENDED COMPLAINT**
   a California corporation; TAILORED BRANDS,
21 INC., a corporation with principal corporate and | **1. STRICT PRODUCTS LIABILITY**
   executive offices in California AND DOES 1     | **2. NEGLIGENT PRODUCTS LIABILITY**
22 THROUGH 100,                                   | **3. NEGLIGENCE**
23                  Defendant(s).               | **JURY TRIAL DEMANDED**
24
25
26
27 **COMES NOW**, Plaintiffs, HEATHER POOLE, MARIE VALENZUELA, TRACEY
28 SILVER-CHARAN, PATTI WILSON, ANTOINETTE PRICE, TYUANA GREEN, PATRICIA

                                    1
                    SECOND AMENDED COMPLAINT

ENDORSED
FILED
ALAMEDA COUNTY

APR 2 7 2018

SUE PESKO
By

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

Exhibit C
Page 111

BY FAX

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1  STACK, BETH MILES, MARGUERITE D'AMICO, ELIZABETH ELLISON, BONNIE DUBBS,

2  MARGARET COOK, JOANNE CHINO-MALONEY, DIANA BENTON, ROBIN ADAMS,

3  VIRGINIA SUMMERS, TROY LIM, CATHLEEN RUSK DELRIO, SHIRLEY MOK, ELIZABETH

4  HENRY, JAYEONG YOO, LUCINDA YAPP, ALLISON WOOD, JONNA WILLIS, JUAN VELEZ,

5  KAREN VARLEY, AMALIA VALLE REBAZA, CAROL TARANTO, BYRON SUTHERLAND,

6  PETER SNEDDON, ISABELLE SMITH, NANCY SCHNEIDER , VICKI SCHALLER, KLEVIS

7  SATA, BRENDA SABBATINO, DONNA ROGERS, MARIA RODRIGUEZ, KAZIA

8  ROBICHAUD, JOAN QUILICO, MEGAN POSET, LINDA PENBERTHY, SUZANNE PATTILLO,

9  LINDA OSTROWSKI, ALICIA OLSON, LAURIE NUNEZ, KIM NIEPOKY, LAURIE

10  NIEDOMYS, JULIE MOSTELLER, CHRISTOPHER MICHAEL, LISA MENDEZ, MARTHA

11  MASLA, REBECCA LESIEUTRE, TRACY KOZO, BENITA KILCREASE, ROSLYN KIRTON,

12  KATHLEEN KELLY, CLAUDIA JACKSON, CASEY HURST, NANCY HUENERGARDT,

13  STACEY HENRY, TERRI HEGWALD, SANDRA HAYEN, WHITNEY HEDMAN, MARYANNE

14  HALAMA, LORRAINE GROSSI, JACQUELINE FRANK, CAROL FREEMAN, NANCY

15  FLEMER, LISSETTE FIGUEROA, RITA DIZ, CAMILLE DAYEKH, TERRI CRIBBS, LORI

16  COOCEN, JANET CONROY, CANDY CAHILL, HOLLY BOOKER, GLORIA BARNETT,

17  RHONDA MCELRATH, MICHAEL ZEITZ, DEBRA JONES, MEGAN CARAWAY, AMANDA

18  WHITEHOUSE-DUCKETT, SANDRA BURNELL, LIRON SHENKAR, MELISSA

19  McCULLOUGH, MARILYN GONZALEZ, MARY BARNES, KRISTEN WRIGHT, GRETCHEN

20  STUDIER, SARA BEITTER, APRIL TESTER, FRANCINE WASKOWICZ, ALLISON

21  BOLLMANN, CATHERINE ULRICH, NANCY SIMPSON, DEBORAH MARCANTONIO,

22  JAZTON KENNEDY, SHAWN DAVIS, ("Plaintiffs") for causes of action against defendants, TWIN

23  HILL ACQUISITION COMPANY, INC. (hereinafter "TWIN HILL"); TAILORED BRANDS, INC.

24  (hereinafter "TAILORED BRANDS"); and DOES 1 through 100, inclusive, and each of them,

25  complains and alleges as follows:

26  **GENERAL ALLEGATIONS**

27      1.      There are 19 of the aforementioned Plaintiffs who currently are, residents of the State

28  of California.

**Exhibit C**
**Page 112**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

2.      There are 79 of the aforementioned Plaintiffs' who currently are, residents of states or nations other than the State of California.

3.      At all times mentioned herein, defendant TWIN HILL ACQUISITION COMPANY, INC. (hereinafter "TWIN HILL") was, and is a corporate entity incorporated in the State of California and doing business at 6100 Stevenson Boulevard, Fremont, California 94538-2490.

4.      At all times mentioned herein, defendant TAILORED BRANDS, INC.  (hereinafter "TAILORED BRANDS") is a corporation with principal corporate and executive offices in California.

5.      The true names and/or capacities, whether individual, corporate, associate or otherwise of defendants DOES 1 through 100, inclusive, and each of them, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names.  Plaintiffs are informed and believe, and thereupon allege, that each defendant fictitiously named herein as a DOE was legally responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to and proximately thereby caused the injuries and damages to Plaintiffs as hereinafter alleged.  Plaintiffs will ask leave of court to amend the complaint to insert the true names and/or capacities of such fictitiously named defendants when the same have been ascertained.

6.      Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned herein, defendants, and each of them, including DOES 1 through 100, inclusive, and each of them, were the agents, servants, employees and/or joint venturers of their co-defendants and were, as such, acting within the course, scope and authority of said agency, employment and/or venture and that each and every defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other defendant as an agent, employee and/or joint venturer.

7.      At all times mentioned herein, Plaintiffs are and were actual employees of American Airlines Inc. or of commuter airline companies that had working relationships with American Airlines, Inc. (Hereinafter collectively referred to as "American Airlines employees").

8.      In or about September 2016, American Airlines Inc. implemented a change of uniforms for its worldwide workforce, including but not limited to flight attendants, pilots, ground crews, maintenance crews and service agents.   These uniforms (hereinafter "UNIFORMS") were and are

1   manufactured and/or distributed by Defendant TWIN HILL, and/or TAILORED BRANDS and DOES

2   1-100.  On information and belief, TWIN HILL, TAILORED BRANDS, and DOES 1-100 shipped

3   approximately 1.4 million garments and accessories to more than 65,000 American Airlines

4   employees worldwide.  These UNIFORMS were received by various American Airlines employees at

5   various times commencing mainly in or around September 2016 and thereafter.

6         9.     As more fully alleged below, these UNIFORMS, manufactured and/or distributed by

7   Defendant TWIN HILL and/or TAILORED BRANDS, AND DOES 100, are dangerously defective as

8   they created and create an unreasonable risk of physical harm to those who wear them and to those

9   who are exposed to them.

10        10.    Since the introduction of these UNIFORMS into the workforce, people wearing these

11   UNIFORMS and/or or those exposed to these UNIFORMS have experienced a plethora of health

12   problems, including, but not limited to: dermatological injury, respiratory injury, neurologic injury

13   and allergenic/immunological injuries including, but not limited to, skin rashes, allergenic skin

14   reactions, ear, nose and throat irritation and inflammation, nerve injuries, allergenic and

15   immunological hypersensitivity, auto-immune dysfunction and injuries and numerous other symptoms

16   involving the dermatological, respiratory, neurological and immunological systems.

17        11.    The UNIFORMS have been tested by entities hired by TWIN HILL and by American

18   Airlines and the test results show the presence of synthetic materials which contain, but are not limited

19   to, at least the following: formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols,

20   trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl

21   benzoate, hexyl cinnamic aldehyde, benzaldehyde.

22        12.    The aforementioned chemicals can cause injury to human beings either alone or in

23   combination with each other.  Attached as **EXHIBIT 1** is the Court Ordered Exhibit which alleges the

24   specific chemicals and combination of chemicals which Plaintiffs' allege are substantial factors in

25   bringing about, prolonging, or aggravating specifically identified symptoms and illnesses in each of

26   the Plaintiffs.

27        13.    All Plaintiffs mentioned herein have experienced adverse health consequences as a

28   result of wearing or being exposed to the mandated UNIFORMS, which were manufactured,

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

4

1 distributed and provided by TWIN HILL, and/or TAILORED BRANDS, and DOES 1-100 to

2 Plaintiffs.

3       14.    Plaintiffs are informed and believe, and thereupon allege, that TWIN HILL and/or

4 TAILORED BRANDS, and DOES 1-100 manufactured and distributed the UNIFORMS to Plaintiffs.

5       15.    TWIN HILL and/or TAILORED BRANDS, and DOES 1-100 did cause adverse health

6 conditions to Plaintiffs by providing UNIFORMS to the Plaintiffs that were negligently manufactured

7 so as to cause adverse health consequences and did cause such adverse health consequences.

8       16.    Plaintiffs are further informed and believe, and thereupon allege, that the Defendants

9 did not have adequate safety mechanisms in the manufacturing and distribution of the UNIFORMS so

10 as to reasonably ensure the safety of Plaintiffs.

11      17.    As a result the Defendants' defective products, Plaintiffs suffered severe and

12 permanent injuries while wearing and/or being exposed to the UNIFORMS.

13      18.    Plaintiffs are informed and believe, and thereupon allege, that the UNIFORMS

14 manufactured by TWIN HILL were designed, manufactured, and distributed by TWIN HILL, and/or

15 TAILORED BRANDS, and DOES 1-100.

16 **FIRST CAUSE OF ACTION**

17 **STRICT PRODUCTS LIABILITY**

18 **(Against All Defendants; and DOES 1 through 100 inclusive)**

19      19.    Plaintiffs allege as though fully set forth at length, and incorporate herein by reference,

20 all of the allegations and statements contained in paragraphs 1 through 18, inclusive, of the General

21 Allegations, above.

22      20.    Plaintiffs are informed and believe, and thereupon allege, that at all times herein

23 mentioned, defendants TWIN HILL and/or TAILORED BRANDS; and DOES 1 through 100,

24 inclusive and each of them, by and through their officers, directors, employees and/or managing

25 agents, were the manufacturers, fabricators, designers, assemblers, testers, distributors, sellers,

26 inspectors, marketers, warrantors, lessors, renters, suppliers, modifiers, providers and/or advertisers of

27 the UNIFORMS, which contained design and/or manufacturing defects, and every component part

28 thereof, and which was capable of causing, and in fact, did cause personal injuries to the users and

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1    consumers and bystanders thereof, including Plaintiffs, while being used in a manner reasonably

2    foreseeable, thereby rendering the UNIFORMS unsafe and dangerous for use by the consumer, user

3    and/or bystander.  Defendants TWIN HILL and/or TAILORED BRANDS; and DOES 1 through 100,

4    and each of them, by and through their officers, directors, employees and/or managing agents, also

5    failed to provide adequate warnings to consumers and users of the UNIFORMS concerning the

6    significant dangers associated with the UNIFORMS, or to instruct consumers and users regarding the

7    use and dangers of the UNIFORMS, and warned or failed to warn, and instructed or failed to instruct,

8    anticipated users of the UNIFORMS, concerning use and dangerousness of the UNIFORMS.

9        21.    Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

10    herein, the UNIFORMS were defective when placed on the market by defendants TWIN HILL and/or

11    TAILORED BRANDS; and DOES 1 through 100, and each of them, and was of such a nature that the

12    defects would not be discovered in the normal course of inspection and operation and use by users

13    thereof.  At all times relevant herein, the UNIFORMS were in substantially the same condition as they

14    were when they were originally placed into the stream of commerce by defendants TWIN HILL and

15    TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them.

16        22.    Defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100,

17    inclusive, and each of them, by and through their officers, directors, employees and/or managing

18    agents, designed, tested, manufactured, and distributed garments and accessories, including the

19    UNIFORMS, to their retailers and customers.  The UNIFORMS, contained design and manufacturing

20    defects, including design characteristics and materials which increased the likelihood of a serious

21    injury or death from the chemicals found in the UNIFORMS when the UNIFORMS were being used

22    in a reasonably foreseeable manner.

23        23.    Prior to the distribution of the UNIFORMS to the American Airlines employees,

24    including but not limited to plaintiffs, the officers, directors, employees and/or managing agents of

25    defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of

26    them, were aware of the danger of the UNIFORMS and the severity of the risk of injury or death to

27    consumers, bystanders and users of the UNIFORMS.

28

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

24.     Specifically, prior to the distribution of the UNIFORMS to the American Airlines employees, including but not limited to the  plaintiffs, the officers, directors, employees and/or managing agents of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them, were aware that the UNIFORMS at issue herein, were dangerous in their design and manufacture, and that these UNIFORMS were dangerous when used in a reasonably foreseeable fashion, and that the UNIFORMS lacked proper inspections and guard mechanisms to ensure the materials utilized in the production of the UNIFORMS were safe for Plaintiffs.  The aforementioned UNIFORMS were designed and manufactured in such a way that an unreasonable risk of injury was posed by the presence of chemicals in the UNIFORMS when used in a reasonable foreseeable manner.

25.     The production of the UNIFORMS as well as the UNIFORM distribution lacked such reasonable protective measures to prevent injury from dangerous chemicals bonding to the UNIFORMS, despite the fact that TWIN HILL  and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, were aware of the importance of preventing injury from potentially dangerous chemicals used in the production process and embedded in the UNIFORMS, were aware of the importance of the proper safety mechanisms, such as inspections and proper manufacturing oversight, and despite the fact that it would have been practical and relatively inexpensive for defendants TAILORED BRANDS and TWIN HILL; and DOES 1 through 100, inclusive, and each of them, to incorporate alternative designs and/or chemicals into UNIFORM production, including additional and appropriate safety mechanisms and inspections that would have reasonably protected consumers and users of the UNIFORMS from unreasonable risk of injury.

26.     Prior to the subject incident, the officers, directors, employees and/or managing agents of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them, knew, or should have known, that the UNIFORMS, were substandard and dangerous and would not provide reasonable safety to consumers during foreseeable use, causing the users or bystanders to suffer serious injury during foreseeable use.  Moreover, TWIN HILL and TAILORED BRANDS officers, directors, employees and/or managing agents, knew or should have known, that the UNIFORMS, were extremely dangerous and defective with the likely result of serious bodily

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1    injury to the users and consumers of such UNIFORMS.  The officers, directors, employees and/or

2    managing agents of defendants TAILORED BRANDS and TWIN HILL; and DOES 1 through 100,

3    inclusive and each of them, knew, prior to the distribution of the UNIFORMS  to the American

4    Airlines employees including but not limited to Plaintiffs and even prior to the manufacture of the

5    UNIFORMS, of the availability of safer, affordable alternative designs and manufacturing processes

6    for the production, inspection, and distribution of the UNIFORMS, which would have reduced or

7    eliminated the risk of severe injuries to its consumers, users and bystanders.

8         27.    Despite this knowledge, defendants TWIN HILL and TAILORED BRANDS; and

9    DOES 1 through 100, inclusive and each of them, by and through their officers, directors, employees

10   and/or managing agents, failed to recall and/or replace the UNIFORMS, issue safety bulletins to the

11   public, advise or warn purchasers or potential users, such as Plaintiffs, by providing warnings of the

12   severe risk of injury from use of the UNIFORMS.  Although the officers, directors, employees and/or

13   managing agents of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100,

14   inclusive and each of them, were aware of the need to recall and/or replace these garments, including

15   the UNIFORM, issue public safety bulletins, and/or provide adequate warnings and inspections,

16   defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, through the decisions

17   of their officers, directors, employees and/or managing agents, acted in conscious disregard of the

18   rights and safety of consumers, users and/or bystanders, by failing to utilize available safer alternative

19   materials, designs, adequately warn of the hazards, and/or replace or recall these UNIFORMS, prior to

20   the distribution of the UNIFORMS  to American Airlines employees including but not limited to

21   Plaintiffs.

22        28.    At all times mentioned herein, the officers, directors, and/or managing agents of

23   defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of

24   them, authorized and/or ratified the conduct of their employees, who knew or should have known of

25   the growing number of serious injuries to consumers, users, and bystanders resulting from the

26   defective condition of the UNIFORMS, designed and distributed by defendants, and the need for an

27   alternative design, alternative materials, lack of injurious chemicals, and use of safety devices,

28   inspections, and different chemical process, and additional warnings.

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

29.     Plaintiffs are informed and believe, and thereupon allege, that on or about the time of the use of the UNIFORMS, the UNIFORMS were being used in a reasonably foreseeable manner.  As a direct and proximate result of the defective condition of the UNIFORMS, and the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive and each of them, the UNIFORMS seriously injured Plaintiffs while wearing or being exposed to the UNIFORMS in a reasonably foreseeable manner, causing injury to the Plaintiffs, as set forth below.

30.     As a direct and proximate result of the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs were injured and hurt in their health, strength and activity, sustaining injuries to their bodies, and shock and injury to their nervous system and person, all of which said injuries have caused and continue to cause the Plaintiffs great physical, mental and nervous pain and suffering.  Plaintiffs are informed and believe and thereupon allege that said injuries will result in some permanent disability, all to their general damages in an amount according to proof pursuant to California Code of Civil Procedure Section 425.10.

31.     As a direct and proximate result of the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, Plaintiffs have been compelled to employ the services of hospitals, physicians, surgeons, nurses and the like, to care for and treat them, and have incurred hospital, medical, professional and incidental expenses, and Plaintiffs are informed and believe and thereupon allege that by reason of their injuries, Plaintiffs will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of which expenses will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

32.     As a direct and proximate result of the conduct of defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs were prevented from attending to their usual occupation, and Plaintiffs are informed and believe and thereupon allege that they will thereby be prevented from attending to their usual occupation for a period of time in the future, and thereby will also sustain a loss of earning capacity, in addition to lost earnings, past, present and future; the exact amount of such losses is unknown to Plaintiffs at this

1   time, Plaintiffs allege said amounts according to proof, pursuant to California Code of Civil Procedure

2   Section 425.10.

**SECOND CAUSE OF ACTION**

**NEGLIGENT PRODUCTS LIABILITY**

**(Against all Defendants; and DOES 1 through 100 inclusive)**

6       33.     Plaintiffs allege as though fully set forth at length, and incorporate herein by reference,

7   all of the allegations and statements contained in paragraphs 1 through 32, inclusive, of the General

8   Allegations and the First Cause of Action.

9       34.     Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

10  herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and

11  each of them, were engaged in the business of manufacturing, fabricating, designing, assembling,

12  distributing, buying, selling, inspecting, testing, analyzing, servicing, repairing, marketing,

13  warranting, maintaining, modifying, altering, controlling, installing, fitting, entrusting, managing,

14  advertising, supervising the use of making representations about and/or warning of defects in, or

15  dangers associated with the use of the said UNIFORMS, including all component parts thereof, and

16  had a duty to manufacture, fabricate, design, synthesize, assemble, distribute, buy, sell, inspect, test,

17  analyze, service, repair, market, warrant, maintain, modify, alter, control, install, fit, entrust, manage,

18  advertise, provide training for the use of, supervise the use of, make representations about and/or warn

19  of defects in, or dangers associated with the use of, the said product, including all component parts

20  and chemicals thereof, in a reasonable manner. Defendants knew, or in the exercise of reasonable care

21  should have known, the UNIFORMS would be used without inspection by consumers and/or

22  bystanders for defects or dangers.

23      35.     Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

24  herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100,  inclusive, and

25  each of them, breached their above-mentioned duties by negligently, recklessly, and/or carelessly

26  manufacturing, fabricating, designing, synthesizing, assembling, distributing, buying, selling,

27  inspecting, testing, analyzing, servicing, repairing, marketing, warranting, maintaining, modifying,

28  altering, controlling, installing, fitting, entrusting, managing, advertising, supervising and/or failing to

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

10

**SECOND AMENDED COMPLAINT**

**Exhibit C**
**Page 120**

1  supervise the use of, failing to train for the use of, making representations about, warning and/or

2  failing to warn of defects in, or dangers associated with the use of, the UNIFORMS, including all or

3  some component parts thereof, thereby rendering the said product unsafe and dangerous for use by

4  consumers, users and bystanders, which proximately caused the injuries and damages to Plaintiffs, as

5  alleged herein.

6      36.    As a direct and proximate result of the conduct of defendants TWIN HILL and

7  TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

8  were injured and hurt in their health, strength and activity, sustaining injuries to their bodies, and

9  shock and injury to their nervous systems and persons, all of which said injuries have caused and

10 continue to cause the Plaintiffs great physical, mental and nervous pain and suffering.  Plaintiffs are

11 informed and believe and thereupon allege that said injuries will result in some permanent disability,

12 all to their general damages in excess of Fifty Thousand Dollars ($50,000.00) which will be stated

13 according to proof, pursuant to California Code of Civil Procedure Section 425.10.

14     37.    As a direct and proximate result of the conduct of defendants TWIN HILL and

15 TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, Plaintiffs have been

16 compelled to employ the services of hospitals, physicians, surgeons, nurses and the like, to care for

17 and treat them, and have incurred hospital, medical, professional and incidental expenses, and

18 Plaintiffs are informed and believe and thereupon allege that by reason of their injuries, Plaintiffs will

19 necessarily incur additional like expenses for an indefinite period of time in the future, the exact

20 amount of which expenses will be stated according to proof, pursuant to California Code of Civil

21 Procedure Section 425.10.

22     38.    As a direct and proximate result of the conduct of defendants TWIN HILL and

23 TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

24 were prevented from attending to their usual occupation, and Plaintiffs are informed and believe and

25 thereupon allege that they will thereby be prevented from attending to their usual occupation for a

26 period of time in the future, and thereby will also sustain a loss of earning capacity, in addition to lost

27 earnings, past, present and future; the exact amount of such losses is unknown to Plaintiffs at this

28

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

11

**SECOND AMENDED COMPLAINT**

**Exhibit C**
**Page 121**

1  time, Plaintiffs allege said amounts according to proof, pursuant to California Code of Civil Procedure

2  Section 425.10.

3

4  ### THIRD CAUSE OF ACTION

5  ### NEGLIGENCE

6  **(Against All Defendants; and DOES 1 through 100 inclusive)**

7      39.    Plaintiffs reallege as though fully set forth at length, and incorporate herein by

8  reference, all of the allegations and statements contained in paragraphs 1 through 38, inclusive, of the

9  General Allegations as well as the First and Second Causes of Action.

10      40.    Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

11  herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and

12  each of them, were engaged in the business of manufacturing, fabricating, designing, assembling and

13  producing the UNIFORMS, as well as inspecting, selling, distributing, servicing, marketing,

14  warranting, altering, controlling, fitting, entrusting, managing, advertising, buying and trading the

15  UNIFORMS, including using various chemicals to manufacture and make the UNIFORMS, and had a

16  duty to provide proper training, supervision and warning for their employees, any independent

17  contractors, bystanders or anyone else expected to wear and/or be around the UNIFORMS to ensure

18  safe chemicals were being utilized in the manufacturing, production and/or distribution of the

19  UNIFORMS.  Defendants further had a duty to warn of any defects in, or dangers associated with the

20  use of the said UNIFORMS and/or any component parts thereof, in a reasonable manner. Defendants

21  also had a duty not to alter or modify the UNIFORMS so as to create a dangerous product.

22      41.    Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned

23  herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100, inclusive, and

24  each of them, breached their above-mentioned duties by negligently, recklessly, and/or carelessly

25  failing to properly train, supervise and warn their employees, independent contractors and/or other

26  foreseeable users of the risks associated with the use of the UNIFORMS.

27      42.    Plaintiffs are informed and believe, and thereupon further allege, that at all times

28  mentioned herein, defendants TWIN HILL and TAILORED BRANDS; and DOES 1 through 100,

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1   inclusive, and each of them, breached their above-mentioned duties by negligently, recklessly, and/or

2   carelessly altering, removing, modifying and/or replacing component parts of the UNIFORMS,

3   including altering, removing, modifying and or replacing safety guards and/or inspections thereby

4   rendering the UNIFORMS dangerous for use by users and/or bystanders including Plaintiffs.

5       43.    As a direct and proximate result of the conduct of defendants TWIN HILL and

6   TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

7   were injured and hurt in their health, strength and activity, sustaining injuries to their bodies, and

8   shock and injury to their nervous systems and persons, all of which said injuries have caused and

9   continue to cause Plaintiffs great physical, mental and nervous pain and suffering.  Plaintiffs are

10  informed and believe and thereupon allege that said injuries will result in some permanent disability,

11  all to their general damages in excess of Fifty Thousand Dollars ($50,000.00) which will be stated

12  according to proof, pursuant to California Code of Civil Procedure Section 425.10.

13      44.    As a direct and proximate result of the conduct of defendants TWIN HILL and

14  TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, Plaintiffs have been

15  compelled to employ the services of hospitals, physicians, surgeons, nurses and the like, to care for

16  and treat them, and have incurred hospital, medical, professional and incidental expenses, and

17  Plaintiffs are informed and believe and thereupon allege that by reason of their injuries, Plaintiffs will

18  necessarily incur additional like expenses for an indefinite period of time in the future, the exact

19  amount of which expenses will be stated according to proof, pursuant to California Code of Civil

20  Procedure Section 425.10.

21      45.    As a direct and proximate result of the conduct of defendants TWIN HILL and

22  TAILORED BRANDS; and DOES 1 through 100, inclusive, and each of them, as aforesaid, Plaintiffs

23  were prevented from attending to their usual occupation, and Plaintiffs are informed and believe and

24  thereupon allege that they will thereby be prevented from attending to their usual occupation for a

25  period of time in the future, and thereby will also sustain a loss of earning capacity, in addition to lost

26  earnings, past, present and future; the exact amount of such losses is unknown to Plaintiffs at this

27  time, Plaintiffs alleges said amounts according to proof, pursuant to California Code of Civil

28  Procedure Section 425.10.

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray judgment against defendants, and each of them, as follows:

FOR THE FIRST CAUSE OF ACTION FOR STRICT PRODUCTS LIABILITY:

1.  For general damages according to proof;

2.  For hospital, medical, professional and incidental expenses, according to proof;

3.  For loss of earnings and loss of earning capacity, according to proof;

4.  For prejudgment interest, according to proof;

5.  For punitive and exemplary damages;

6.  For costs of suit incurred herein; and

7.  For such other and further relief as the court may deem just and proper.

FOR THE SECOND AND THIRD CAUSES OF ACTION FOR NEGLIGENT PRODUCTS LIABILITY AND NEGLIGENCE:

1.  For general damages according to proof;

2.  For hospital, medical, professional and incidental expenses, according to proof;

3.  For loss of earnings and loss of earning capacity, according to proof;

4.  For prejudgment interest, according to proof;

5.  For costs of suit incurred herein; and

6.  For such other and further relief as the court may deem just and proper.

DATED: April 26, 2018

BALABAN & SPIELBERGER, LLP

_andrew Spielberger_
Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Vanessa L. Loftus-Brewer, Esq.
Kahren Harutyunyan, Esq.
Attorneys for Plaintiffs

14

SECOND AMENDED COMPLAINT

**Exhibit C**
**Page 124**

DATED: April 26, 2018                    KABATECK, BROWN, KELLNER, LLP

_a. Maz_ _____

Brian Kabateck, Esq.
Anastasia Mazzella, Esq.
Attorneys for Plaintiffs

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

15

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial.

DATED: April 26, 2018

BALABAN & SPIELBERGER, LLP

Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Vanessa L. Loftus-Brewer, Esq.
Attorneys for Plaintiffs

DATED: April 26, 2018

KABATECK, BROWN, KELLNER, LLP

Brian Kabateck, Esq.
Anastasia Mazzella, Esq.
Attorneys for Plaintiffs

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

# EXHIBIT 1

**Exhibit C**
**Page 127**

| EXHIBIT 1 | | |
|---|---|---|
| Last Name | First Name | EXPOSURE |
| | | Heather Poole's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Heather's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; Thyroid issues, coughing, racing heart, respiratory issues,pin pricks. |
| Poole | Heather | |
| | | Marie Valenzuela's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Marie's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; flu-like, fatigue, chills, light headed, headaches lasting 3 days, chest congestion, difficulty speaking, stuttering, memory loss, respiratory, had to stop jogging. Nodules on lungs, eye burning, face twitching, hoarse voice, nodule on voicebox, constipation/heartburn, dry skin, tightness in chest, shortness of breath. |
| Valenzuela | Marie | |
| | | **Tracey Silver-Charan's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Tracey's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; respiratory distress, difficulty swallowing, depression, burning throat/eyes, severe cough, bronchitis, sore throat, swollen eyes, stye, sores in mouth, neck inflammation, hoarse voice, weakness, muscle pain, eye pain, dizziness, laryngitis, sensitivity to smell, nausea. |
| Silver-Charan | Tracey | |

1

**Exhibit C**
**Page 128**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Wilson | Patti | Patti Wilson's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Patti's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; headache, vertigo, joint pain in knees and hands, pneumoniam, fatigue, migraine. |
| Price | Antoinette | Antoinette Price's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Antoinette's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, **benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; cold/flu symptoms, runny nose, sneezing, congestion, extreme fatigue, watery eyes, headaches, sleeplessness, heart palpatations, body aches. |
| Turner (Green) | Tyuana | Tyuana Turner aka Tyuana Green's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Tyuana's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; itching, severe rash on chest, stomach, arms and neck, lingering cough, loss of voice, and ear infection,  rash on neck, itching, cough, loss of hair. |
| Stack | Patricia | Patricia Stack's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Patricia's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; dermititis - entire vody was flushed, severe itch, looked like chemical burn --> ER. Breathing difficulties. |

2

**Exhibit C**
**Page 129**

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Miles | Beth | Beth Miles' exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Beth's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash, itchy, severe fully body rash/inflammation, Allergic Contact Dermatitis. |
| D'Amico | Marguerite | Marguerita D'Amico exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Marguerita's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; thinking I had flu, thyroid levels severely off, throat, eyes, runny nose. |
| Ellison | Elizabeth | Elizabeth Ellison exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Elizabeth's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; nausea, headaches, rash - neck, chest, shoulders, blisters, breathing issues, throat closed up, throat swelling |
| Dubbs | Bonnie | Bonnie Dubbs exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Bonnie's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash inner thigh, rash neck - felt like bee stings, major sinus infection, profuse coughing, constant nasal drip, losing massive amounts of hair. |

3

**Exhibit C**
**Page 130**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Cook | Margaret | Margaret Cook exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Margaret's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; respiratory, sinus infections, strep throat, bronchitis, pneumonia, coughing, runny nose, itchy eyes. |
| Chino-Maloney | Joanne | Joanne Chino-Maloney exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Joanne's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; coughing, felt like a cold, shortness of breath, spot on lung, lung inflammation, lung disease, hair is falling out, weight loss, feels like has to catch breath. |
| Benton | Diana | Diana Benton exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Diana's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; burning eyes, headache, runny nose, swollen ear, cough, breathing difficulties, heart palpitations. |
| Adams | Robin | Robins Adams's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Robin's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; headaches, nausea, diarrhea, rash, trouble breathing, diagnosed with multiple chemical sensitivity. |

4

**Exhibit C**
**Page 131**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Summers | Virginia | Virgina Summers' exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Virgina's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; cough, loss of voice, red eyes, itchy skin but no rash, already had chronic bronchitis and asthma. |
| Lim | Troy | Troy Lim's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Troy's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; itch,  neck would burn. |
| Rusk Delrio | Cathleen | Cathleen Rusk Delrio's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Cathleen's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash, bronchitis, had to start using inhaler, itchy eyes, migraines. |
| Mok | Shirley | Shirley Mok's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Shirley's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash on neck and waist, burning, autoimmunie issue - vasculitis |

5

**Exhibit C**
**Page 132**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Henry | Elizabeth | **Elizabeth Henry's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Elizabeth's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; puffy/red/watery eyes, rash on neck, itchy arms/chest, congestion, nose bleeds, vertigo, migraines, extreme fatigue, allergy symptoms (runny nose, coughing, sneezing) not improving with antihistamines, joint swelling/pain, thyroid levels unstable, blood in urine but infection ruled out, irregular menses, high blood pressure. |
| Yoo | Jayeong | Jayeong Yoo's exposure to formaldehyde itself and/or pentachlorophenol itself and/or monochlorophenols itself and/or tetrachlorophenols itself and/or trichlorophenols itself and/or toluene itself and/or cobalt itself and/or cadmium itself and/or captafol itself and/or chromium itself and/or copper itself and/or nickel itself and/or antimony itself and/or benzyl benzoate itself and/or hexyl cinnamic aldehyde itself and/or benzaldehyde; and/or Jayeong's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; rash, constant itchiness, cold like symptoms such as sore throat, runny nose and headache, chest pain, cold like symptoms, irregular periods. |
| Yapp | Lucinda | **Lucinda Yapp's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Lucinda's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; tried on: irritated skin, horribly itchy, severe cough, severe vertigo, chemical flu, chills, aching legs, shaking, vision issues - blurring, bloodshot. |
| Wood | Allison | **Allison Wood's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Allison's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; initially felt my throat burning, cough, runny nose, swelling of both my eyes and styesm, bronchitis, headache, heart felt racing, abdominal pain, vomitting and diarrhea. |

6

**Exhibit C**
**Page 133**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Willis | Jonna | Jonna Willis' exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Jonna's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash around neck and waist. Extreme difficulty breathing. Face rash. Red eyes that feel like sandpaper. Pneumonia. |
| Velez | Juan | Juan Velez's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Juan's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; eye swelling, hives, sinus infection, ear infection, inflammation of lung lining, itching, fatigue. |
| Varley | Karen | Karen Varley's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Karen's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash on my face, back, chest and arms, hypothyroidism. |
| Valle Rebaza | Amalia | Amalia Valle Revaza's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Amalia's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; a little itchy right away, bad rash. |

7

**Exhibit C**
**Page 134**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Taranto | Carol | Carol Taranto's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Carol's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; shortness of breath, hoarseness, coughing, dizziness, pounding heart, faint, vomitting, diarrhea, burning eyes, hair falling out, blood pressure high, thyroid levels. |
| Sutherland | Byron | Byron Sutherland's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Byron's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash |
| Sneddon | Peter | Peter Sneddon's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Peter's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; respiratory, chest pain/tightness, lost voice, facial and eye swelling, rash on torso, body aches, extreme fatigue, brain foggy, memory issues, boils on wasit and neck which have since scarred, new allergy developed to chemical preservative in most detergents/cleaning products. |
| Smith | Isabelle | Isabelle Smith's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Isabelle's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; constant hives, rashes, and anxiety disorder. |

**Exhibit C**
**Page 135**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Schneider | Nancy | Nancy Schneider's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Nancy's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; itchy, red around neck and stomach. |
| Schaller | Vicki Lee | Vicki Lee Schaller exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Vicki Lee's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness;  extreme fatigue, upper respiratory infection, burning nostrils - - sores - staph infection - on face and in nostrils. |
| Sata | Klevis | Klevis Sata's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Klevis' exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; sore throat, headaches, rashes on my neck. |
| Sabbatino | Brenda | Brenda Sabbatino's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Brenda's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; cough, scratchy throat, shortness of breath (initially). Approximately the end of May, rash, hives, itchiness. Now, increased sensitivity to scents (perfumes, bathroom cleaners, shampoos, etc). |

**Exhibit C**
**Page 136**

| Last Name | First Name | EXPOSURE |
|-----------|-----------|----------|
| Rogers | Donna | Donna Rogers' exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Donna's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; itchy, fatigued, headaches, eyes burn, extreme itching leading to bleeding, bronchitis, pneumonia, given an inhaler, itching form under skin that feels like ant bite. |
| Rodriguez | Maria | Maria Rodriguez's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Maria's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness;  Hives, rash. Cough. Respiratory issues. Asthma has increased. Headaches, watery eyes. Itchy and burning body and eyes. |
| Robichaud | Kazia | Kazia Robichaud's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Kazia's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; dizziness, vision trouble (blurry), nausea, light headed, bad rash head to toe, itching, legs burning, pelvic pain and pain that feels like menstrual cramps. |
| Quilico | Joan Margaret | Joan Margaret Quilico's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Joan Margaret's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; Nose bleeds, headaches, itchy red spots, dripping nose, hair loss, extreme fatigue. |

**Exhibit C**
**Page 137**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Poset | Megan | Megan Poset's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Megan's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; sinus infections, nose bleed. |
| Penberthy | Linda | Linda Penberthy's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Linda's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; Respiratory, chronic sore throat, ears, sinus, difficulty talking, swallowing, losing voice. Headaches. |
| Pattillo | Suzanne (Penny) | Suzanne Pattillo's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Suzanne's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; aching calves, joint aches in hips, muscle aches in legs, constant headaches; digestive issues, lethargic (couldn't get out of bed), increased sensitivity to other chemicals, coughing, itchy throat. |
| Ostrowski | Linda | Linda Ostrowski's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Linda's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; The skin around neck touching the collar, shoulder blades, and groin area, itched, burned and felt heatm, red welts on skin, nauseous and breathless, tingling and itching on the side (arm and leg), face stung and burned, red itchy rash, itchy burning rash on lower back. |

11

**Exhibit C**
**Page 138**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Olson | Alicia | Alicia Olson's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Alicia's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; difficulty breathing, swollen throat, chronic cough, heart palpatations, pulse racing, burning eyes with blurry vision, vertigo, pressure in right eye, neck pain, headaches, hair loss, trouble thnking and putting words together, coughing up metallic tase, skin burning/prickly pain, etc. |
| Nunez | Laurie | Laurie Nunez's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Laurie's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; eyes started to sting and water, migraines. |
| Niepoky | Kim | Kim Niepoky's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Kim's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash head to toe, throat closed up, anaphylactic shock, upper respiratory infection, dizzy, migraines, hair falling out in clumps, coughing up blood, blood in urine, dizziness, increased migraines, fluid retention, cystic acne, blurry vision, weight gain and hair loss, severe ear pain,  upper respiratory infection and a deep hacking cough, swelling and itching, heart was racing, difficulty breathing, throat burns, bloody noses,at 47 POST menopausal, eyes, nose, lips, tongue swollen, rash, breathing difficulties, bloody noses, blood in urine, coughing up blood, hacking cough, migraines, hair loss, extreme fatigue, fluid retention, shortness of breath, stomach bloating, pain, coughing up large amounts of blood and severe abdominal pain. |

12

**Exhibit C**
**Page 139**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Niedomys | Laurie | Laurie Niedomys' exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Laurie's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; breathing difficulties, itching, blood pressure elevated, and heart palpatations. Abnormal sleep extreme fatigue. Flu like symptoms, and intense headaches day and night. A type of dizziness that created a falling feeling at times. Constant diarrhea. |
| Mosteller | Julie | Julie Mosteller's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Julie's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; Rashe, flu Like symptoms, extreme Fatigue, Diarrhea, Racing heart episodes, hospitalized for 3 days, diagnosed with Hyperthyroidism and Atrial Fibrillation. |
| Michael | Christopher | Christopher Michael's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Christopher's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; oozing rash, lumps from elbows to hands, having sinus infections and acne for 6 months but didn't realize it was uniform, vertigo. |
| Mendez | Lisa | Lisa Mendez's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Lisa's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; hair loss, thyroid issues, migraines, and rashes. |

**Exhibit C**
**Page 140**

| Last Name | First Name | EXPOSURE |
|-----------|------------|----------|
| Masla | Martha | **Martha Masla's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Martha's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; extreme fatigue, chest/neck break out. |
| Lesieutre | Rebecca | **Rebecca Lesieutre's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Rebecca's exposure to a combination of formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde caused the following medical symptoms/illness; migraines, rashes, eye swelling, heart palpitations, psoriasis on scalp. |
| Kozo | Tracy | **Tracy Kozo's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Tracy's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash, pink glazed eye, irritated airways, cough, facial lesions, rapid heart beat. |
| Kilcrease | Benita | **Benita Kilcrease's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Benita's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash around neck/chest/elbows to wrists, blisters under bra, respiratory issues - asthma attacks, coughing up mucus, kidney pain, vomiting, diarrhea, migraines. |

**Exhibit C**
**Page 141**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Kirton | Roslyn | **Roslyn Kirton's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Roslyn's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; itchiness, bumps on legs/butt/face, rash, headaches, intermittent rash on arm/bumps on butt. |
| Kelly | Kathleen | **Kathleen Kelly's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Kathleen's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; skin rash on back of both thighs, throat would close up, slightly unable to clear throat when wearing or around certain pieces. |
| Jackson | Claudia | **Claudia Jackson's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Claudia's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rashes on back of legs/knees, headaches, feeling lethargic, lost voice. |
| Hurst | Casey | **Casey Hurst's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Casey's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rashes, eyes, throat issues, respiratory issues, runny nose, throat burning. |

**Exhibit C**
**Page 142**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Huenergardt | Nancy | **Nancy Huenergardt's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Nancy's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; sever sinus headaches, after not menstruating for three years started again, had 3 periods in last 30 days, hives on face. |
| Henry | Stacey | **Stacey Henry's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Stacey's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; cough, itchiness, 5 nosebleeds, sinus pressure/pain, dry/red/itch/achy eyes, swollen throat, swollen lymph nodes on neck, lost voice, dizziness, increased heart rate, increased blood pressure, ablasion on heart. |
| Hegwald | Terri | **Terri Hegwald's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Terri's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; extreme migraines, extreme fatigue, high occular pressure. |
| Hayen | Sandra | Sandra Hayen exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Sandra's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; itchy; hives from hips to ankles, tightness in chest, flu-like symptoms,  fatigue, throat closing up, cough. |

**Exhibit C**
**Page 143**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Hedman | Whitney | Whitney Hedman's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Whitney's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; dermatitis, respiratory issues - tightness in chest, runny nose, chills, headaches, loss of voice, swollen glands in neck, low grade fever, nonstop runny nose, husky voice. |
| Halama | Maryanne | Maryanne Halama exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Maryanne's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; coughing, sneezing, itching, rash. |
| Grossi | Lorraine | Lorraine Grossi exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Lorraine's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; (skin) rashes, hives, sore, coughing, lung congestion, heavy chest, excessively heavy menstrual bleeding, chronic fatigue. |
| Frank | Jacqueline | Jacqueline Frank exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Jacqueline's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; burning, rash, raised skin, chronic cough, breathing problems, headaches, respiratory issuess around uniforms - coughs for hours until vomiting, can't breathe, sleeping problems, heart palpitations. |

17

**Exhibit C
Page 144**

| Last Name | First Name | EXPOSURE |
|-----------|------------|----------|
| Freeman | Carol | Carol Freeman exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Carol's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; thigh rash, respiratory issues, bronchitis, relentless cough, sinusitis, sinus surgery, headaches - excruciating on left side of head, headaches like an ice pick,high liver numbers and kidney, rash felt like fire ants. |
| Flemer | Nancy | Nancy Flemer exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Nancy's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; headaches, UTI, seizure - blood pressure dropped so low (in flight) taken to ER, blood in urine, eye twitching, respiratory issues, severe cough, rashes, bumps, brain fog, rapid heart rate. |
| Figueroa | Lissette | Lissette Figueroa exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Lissette's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; burn mark on sleeves  headaches; extreme fatigue; warm/feverish until high fever; shaking/ convulsing, nausea. |
| Diz | Rita | Rita Diz exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Rita's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; burn marks, rashes, around neck, boobs, inner thighs, uncontrollable itching causing sleeping problems. |

**Exhibit C**
**Page 145**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Dayekh | Camille | Camille Dayekh exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Camille's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; back of thighs are burning and red; neck/shoulder bright red and burning (like hot iron on skin), kidney pains on international trip when flying with others wearing uniform. |
| Cribbs | Terri | Terri Cribbs exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Terri's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; left leg chronic pain, periods stopped, chronic fatigue and body pain. |
| Coocen | Lori | Lori Coocen exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **benzaldehyde**; and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Lori's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; bumps, itchy, rash, eyes swollen shut, flu-like symptoms- in bed for six week, puss pouring out of eyes. Eyes still ooze, chemical rosacea, skin like sandpaper, bloody nose. |
| Conroy | Janet | Janet Conroy exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Janet's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; severe headache , pinprick sensation all over face, runny nose, eyes itchy, throat aches, severe burn on side of face, chest pains, nauseated, chemical taste in mouth since 10/15/16; loopy, dizzy, forgetful. |

**Exhibit C**
**Page 146**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Cahill | Candy | Candy Cahill exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Candy's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; diarrhea, continued indigesion since. Rashes, hives, cough, respiratory problems around others wearing uniform, bronchitis twice within months, nose bleed, vertigo, muscle fatigue. |
| Booker | Holly | Holly Booker exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Holly's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash/hives, constant nose bleeds, upper respiratory issues, nose bleeds and break outs. |
| Barnett | Gloria | Gloria Barnett exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Gloria's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; headache, rash, runny nose, watery eyes, burning eyes, hard white pimples on inside of thigh, bronchitis, spitting up white mucus, stomach cramps, when bending head down I receive pressure and burning in my head. |
| Mcelrath | Rhonda | **Rhonda Mcelrath's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Rhonda's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; headaches, extreme fatigue, blistered welts, itchy skin, burnt throat, hoarse voice, congestion with cough, burning feeling on body, runny nose, and left eye twitch and red. |

**Exhibit C**
**Page 147**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Zeitz | Michael | Michael Zeitz's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Michael's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; blisters on eyelids, lesions, flu like symptoms, rash, lesions on neck and on scrotum, bowel changes, hemorrhoids. |
| Jones | Debra | **Debra Jones's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Debra's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; torso/arms/legs/face rash, congestion for months, incessant sneezing and coughing, hurts to breathe. |
| Caraway | Megan | Megan Caraway exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Megan's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; spot on leg, high blood pressure, vertigo, nausea, indigestion, rash, hives, heavy breathing, fatigue, flushed face. |
| Whitehouse-Duckett | Amanda | Amanda Whitehouse-Duckett's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Amanda's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; migraines. |

21

**Exhibit C**
**Page 148**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Burnell | Sandra | Sandra Burnell  exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Sandra's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; respiratory infection, torso rash, leg rash, respiratoy problems persisted, cough, coughing blood. |
| Shenkar | Liron | **Liron Shenkar's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Liron's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness;  itchy, red neck, eyes started burning, face rash, bumps, headaches/migraines, vomiting, inflamed skin. |
| McCullough | Melissa | **Melissa McCullough's** exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Melissa's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; eye styes, abnormal hair loss, extreme fatigue with painful joints. |
| Gonzalez | Marilyn | Marilyn Gonzalez exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Marilyn's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; extremely itchy. |

**Exhibit C**
**Page 149**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Barnes | Mary | Mary Barnes exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Mary's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; ear infections, sinus infections, headaches, rash, bloody noses, hair loss, joint pain, muscle ache, burning itching eyes, sores in nose, respiratory problems, asthma, severe vertigo, severe fatigue. |
| Wright | Kristen | Kristen Wright's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Kristen's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; headaches, tightness in chest, brain fog, memory issues, thyroid too high, given inhaler, high blod pressure, breathing difficulty, fatigue, sinus infections, liver is inflamed, scalp issues, chemical sensitivity, hair loss. |
| Studier | Gretchen | Gretchen Studier's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Gretchen's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; itching on body and arms, nose started running and itching, as did eye, feeling hot on my face and got red and blotchy, hands and arms itched. |
| Beitter | Sara | Sara Beitter exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Sara's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; upper respiratoy, extreme muscle and joint pain in neck, shoulders and hands, extreme fatigue, weakness, dizziness, inflammation, chest pain, reversal of menopause, hair loss, racing heartbeat, brain fog, bloodshot eyes, abnormally growing fingernail. |

23

**Exhibit C**
**Page 150**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Tester | April | April Tester's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or April's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash around neck, bumps on ribcage, itchy, ear pain, sinus pressure, congestion. |
| Waskowicz | Francine | Francine Waskowicz's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Francine's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; nose running, eyes running, trouble breathing. |
| Bollmann | Allison | Allison Bollmann exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Allison's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rash, difficulty breathing, Proximity:constant coughing, watery eyes, shortness of breath, fatigue, weight gain, constant stuffy nose, high blood pressure, more frequent migraines. |
| Ulrich | Catherine | Catherine Ulrich's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Catherine's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; rhinitis, throat closing, asthma, chemical reactive bronchitis, rosacea, brain fog, fatigue. |

**Exhibit C**
**Page 151**

| Last Name | First Name | EXPOSURE |
|---|---|---|
| Simpson | Nancy | Nancy Simpson's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Nancy's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; thyroid issue and major hair loss. |
| Marcantonio | Deborah | Deborah Marcantonio's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Deborah's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; Respiratory infection, nose bleeds, body rash with severe itching, bruising. |
| Kennedy | Jazton | Jazton Kennedy's exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Jazton's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; abrasions, scratches, itchiness, respiratory distress (went to ER), brusing, thyroid levels affected. |
| Davis | Shawn | Shawn Davis exposure to **formaldehyde** itself and/or **pentachlorophenol** itself and/or **monochlorophenols** itself and/or **tetrachlorophenols** itself and/or **trichlorophenols** itself and/or **toluene** itself and/or **cobalt** itself and/or **cadmium** itself and/or **captafol** itself and/or **chromium** itself and/or **copper** itself and/or **nickel** itself and/or **antimony** itself and/or **benzyl benzoate** itself and/or **hexyl cinnamic aldehyde** itself and/or **benzaldehyde**; and/or Shawn's exposure to a combination of **formaldehyde, pentachlorophenol, monochlorophenols, tetrachlorophenols, trichlorophenols, toluene, cobalt, cadmium, captafol, chromium, copper, nickel, antimony, benzyl benzoate, hexyl cinnamic aldehyde, benzaldehyde** caused the following medical symptoms/illness; eyes swelling, eye discharge, rashes on arms and hands, tremors, high blood pressure, upper eyelid swollen. |

**Exhibit C**
**Page 152**