Robert J. Herrington (SBN CA 234417)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel.: 310.586.7700; Fax: 310.586.7800
herringtonr@gtlaw.com

Leanna C. Costantini (SBN CA 294028)
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Tel.: 949.732.6500; Fax: 949.732.6501
costantinil@gtlaw.com

Attorneys for Defendant
Twin Hill Acquisition Company, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER POOLE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation; TAILORED BRANDS, INC., a corporation with principal corporate and executive offices in California; AND DOES 1 THROUGH 100;<br><br>        Defendants. | CASE NO. 4:18-cv-2758<br><br>**DEFENDANT TWIN HILL ACQUISITION COMPANY, INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant
2  Twin Hill Acquisition Company, Inc. ("Twin Hill") certifies and states as follows:
3      1.    Twin Hill is a wholly-owned subsidiary of The Men's Wearhouse, Inc., which is a
4  wholly-owned subsidiary of Tailored Brands, Inc., a publicly traded company.
5      2.    No publicly held company owns 10% or more of Twin Hill's stock.

DATED:  May 10, 2018                    GREENBERG TRAURIG, LLP

                                        By    */s/ Robert J. Herrington*
                                                Robert J. Herrington
                                                Leanna C. Costantini
                                                Attorneys for Defendant
                                                Twin Hill Acquisition Company, Inc.