1  Robert J. Herrington (SBN CA 234417)
   GREENBERG TRAURIG, LLP
2  1840 Century Park East, Suite 1900
   Los Angeles, California 90067
3  Tel.: 310.586.7700; Fax: 310.586.7800
4  herringtonr@gtlaw.com

5  Leanna C. Costantini (SBN CA 294028)
   GREENBERG TRAURIG, LLP
6  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
7  Tel.: 949.732.6500; Fax: 949.732.6501
8  costantinil@gtlaw.com

9  Attorneys for Defendant
   Twin Hill Acquisition Company, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER POOLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN HILL ACQUISITION COMPANY, INC., a California corporation; TAILORED BRANDS, INC., a corporation with principal corporate and executive offices in California; AND DOES 1 THROUGH 100;<br><br>Defendants. | CASE NO. 4:18-cv-2758<br><br>**DEFENDANT TWIN HILL ACQUISITION COMPANY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant Twin Hill Acquisition Company, Inc. ("Twin Hill") certifies that the following corporations have a financial interest in a party to the proceeding:

- The Men's Wearhouse, Inc. – parent company of Twin Hill
- Tailored Brands, Inc. – parent company of The Men's Wearhouse, Inc.

DATED: May 10, 2018          GREENBERG TRAURIG, LLP

         By    */s/ Robert J. Herrington*
                Robert J. Herrington
                Leanna C. Costantini
                Attorneys for Defendant
                Twin Hill Acquisition Company, Inc.