UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

August 24, 2018

ENDORSED
FILED
ALAMEDA COUNTY

AUG 29, 2018 ⊙

CLERK OF THE SUPERIOR COURT
By: ERICA BAKER, Deputy

General Court Number
415-522-2000

AUG 29 2018

Alameda County Superior Court
Rene C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612

FILED

SEP 21 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:  **Heather Poole, et al. v.  Twin Hill Acquisition Company, Inc., et al.**
     <u>18-cv-02758-JCS</u>

              **Your Case Number:  RG 17876798**

Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (**X**)     Certified copies of docket entries

        (**X**)     Certified copies of Remand Order

        ( )     Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              Susan Y. Soong, Clerk

                              by:  Gina Agustine
                              Case Systems Administrator
                              (415) 522-2087